AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

**FILED**
Jan 03 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ RodrigoContreras    DEPUTY

# UNITED STATES DISTRICT COURT
for the
Southern District of California

AEllis D'Artisan )
_Plaintiff/Petitioner_ )
v. ) Civil Action No. **'24CV0017 JO    DEB**
Kelli Marie Connor et al. )
_Defendant/Respondent_ )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _[signature]_

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 1-2-24

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Self-employment | $ 500.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Income from real property _(such as rental income)_ | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disability *(such as social security, insurance payments)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance *(such as welfare)* | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total monthly income:** | $ 505.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| self | na | since October 2020 | $ less than 500.00 averaged |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| na | na | na | $ 0.00 |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ __28.00__

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| na | na | $ 0.00 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home *(Value)* | $ | 0.00 |
| Other real estate *(Value)* | $ | 0.00 |
| Motor vehicle #1 *(Value)* | $ | 0.00 |
| Make and year: na | | |
| Model: na | | |
| Registration #: na | | |
| Motor vehicle #2 *(Value)* | $ | 0.00 |
| Make and year: na | | |
| Model: na | | |
| Registration #: na | | |
| Other assets *(Value)* | $ | 0.00 |
| Other assets *(Value)* | $ | 0.00 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| David Maxwell (attorney: same Jeff Bennion) | $ ~ 35,000.00 | $ 0.00 |
| Tony Cox, Woods Cove LLC | $ indeterminate, 3,500 + copyright damages | $ 0.00 |
| Several Businesses that Closed, unpaid | $ irrelevant, uncollectable but substantial = 0.00 | $ 0.00 |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| NA | NA | 0 |
| | | |
| | | |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included?  ☐ Yes  ☑ No <br> Is property insurance included?  ☐ Yes  ☑ No | $ 0.00 | $ 0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 0.00 | $ 0.00 |
| Home maintenance *(repairs and upkeep)* | $ 0.00 | $ 0.00 |
| Food | $ 400.00 | $ 0.00 |
| Clothing | $ 0.00 | $ 0.00 |
| Laundry and dry-cleaning | $ 20.00 | $ 0.00 |
| Medical and dental expenses | $ 0.00 | $ 0.00 |
| Transportation *(not including motor vehicle payments)* | $ 20.00 | $ 0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ 0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* |  |  |
|     Homeowner's or renter's: na | $ 0.00 | $ 0.00 |
|     Life: na | $ 0.00 | $ 0.00 |
|     Health: na | $ 0.00 | $ 0.00 |
|     Motor vehicle: na | $ 0.00 | $ 0.00 |
|     Other: na | $ 0.00 | $ 0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ 0.00 | $ 0.00 |
| Installment payments |  |  |
|     Motor vehicle: na | $ 0.00 | $ 0.00 |
|     Credit card *(name):* na | $ 0.00 | $ 0.00 |
|     Department store *(name):* na | $ 0.00 | $ 0.00 |
|     Other: na | $ 0.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ 0.00 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0.00 | $ 0.00 |
| Other *(specify)*: no statements available, incidental | $ 0.00 | $ 0.00 |
| **Total monthly expenses:** | $ 440.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☑ No   If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes   ☑ No

    If yes, how much?  $ 0.00

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings. as previously disclosed and set forth in complaint. No income, no employment, and disability has been nonresponsive. SSA acknowledges but has not awarded full disability, buearacratic hangup unknown. Publication costs are requested as appear necessary for at least Jill Leuer & Theresa Stratton Garrett. Lack funds for further investigation, publication on one more (Theresa Stratton Garrett) defendants may be necessary due to no verifiable address for defendant(s). Absent a gag order upon defendants, given the displayed penchant for lies and deception by Jeffrey Bennion & Kelli Connor, this is rapidly growing to the inverse of a typical class action suit, as they spread lies & deception, increasing the number of directly involved conspirators as others repeat their libel, relying on their claim they "won" in this court. business & earnings tanked as result of the libel related to this suit, related expense+loss as defendants intended. This statement will be celebrated by them and communicated widely to incite further unlawful acts if not sealed.

12. Identify the city and state of your legal residence. San Diego, CA

    Your daytime phone number:  (808) 800.7477  (message only)

    Your age:  44   Your years of schooling:  10

11. (continued):

    Plaintiff was approved for general relief aid and CalFresh relief early 2023, received for 1 month before termination "by error" for unknown cause. Buearacratic hassle and delays resulted in abandoning the effort as counterproductive to attempting to find paid work which has also not materialized, due in large part to defendants' efforts which same brought this action. Earnings stated above are unverifiable and are estimated only due to lack of records and verifiable ongoing expenses. Most subsistence is the result of trade and barter efforts with no stated value and largely comprise of food and clothing. Self employment is negligible, listed only in full disclosure due to economic factors combined with defendants' incessant unlawful jealous attacks. Amounts shown again are averaged estimates, the best available figures and no documentation exists or can be obtained. There are no tax records to produce, earnings for the period in dispute in this action remaining below the required threshold. There is no personal ownership of any business asset(s), which can be rented as needed and no business is conducted sans advance deposit from client which same covers any operational expenses for their proposed endeavor and applicant is a mere photographer and has no ownership interest in the published business which does not file this suit as all of defendants' attacks are clearly on plaintiff as a person and photographer. While there may be another injured party with similar valid claims against these defendants collateral to plaintiff's, they have not opted at this time to join this action for reasons including the fact that these defendants' irrational and unlawful misconduct appears to solely target individual plaintiff out of blind hatred & jealousy oblivious to all fact(s) and reality. Plaintiff personally has no assets or inbound royalties, all of which is supported by copyrights and other official ownership records. Plaintiff possesses irregular small sums of cash that invariably cover immediate essential expenses and nothing else, with no ownership of any substantial property with any cash value whatsoever, the last of which he possessed having been stolen from him without recovery by one David Maxwell, a defendant in a separate action, who is represented by a defendant in this action (Jeffrey Bennion) in an ongoing effort to avoid responsibility for thefts and fraud by David Maxwell depriving plaintiff of revenue and opportunity. No business entity is owned by plaintiff/applicant. Regardless of any claim defendant(s) may initiate to distract from their misconduct, plaintiff has absolutely no effective income, is without consistent shelter, earnings, employment, or property whatsoever, has yet to receive any SSA award though he has been vetted as legally fully disabled, which in part led to his pursuit of photography to attempt to earn a living and numerous businesses folded without payment of significant debts owed to him for services rendered which are now irrecoverable at the same time he has been enduring loss of business, death threats, and continual harassment of himself and anyone trying to employ him by the defendants and their accomplices, for which this action now seeks to hold them accountable.
    Not even the phone # listed by him for purposes of this complaint is maintained by him as he lacks funds to maintain it.