AEllis D'Artisan
c/o: 3479 Coastline Pl
San Diego, CA 92110
(808) 800.7477
obtenebrix@protonmail.com



FILED

APR 0 1 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO

| | |
|---|---|
| AELLIS D'ARTISAN,<br><br>        Plaintiff,<br>vs.<br>KELLI MARIE CONNOR DBA KELLI MARIE PHOTOGRAPHY DBA BOUDOIR BY KELLI, JILL LEUER, ALICIA MILLER, ERIC MILLER, JEFFREY BENNION, SARA PASTRANO, THERESA STRATTON GARRETT, JOHN DOE(s) 1-100, JANE DOE(s) 1-100,<br><br>        Defendants. | Case No.: **24-CV-00017**<br><br>**MOTION FOR SERVICE BY U.S. MARSHALL** |

      Plaintiff respectfully demands the required court's order for service by the U.S. Marshall upon each of the named defendants pursuant FRCivP 4(c)(3) and entry of judgment against the same for all costs of same said service for the following good cause shown.

## FACTUAL BASIS

**I.** Plaintiff has served all above named defendants with the first amended verified complaint and applicable federal waiver of summons and notice of waiver under FRCivP 4(d) on February 24, 2024, and receipt of same is confirmed by one of the named defendants publicly, on an item integral to this very action.[1] Another defendants' counsel responded saying they weren't authorized to accept, as a result Kelli Marie Connor was in receipt of the same on February 25, 2024. All parties were also sent a copy by first class postal mail to their known address.

**II.** No named party has yet provided or returned a waiver as required by law to plaintiff.

**III.** This court has yet to officially grant the IFP application to which plaintiff is entitled and plaintiff lacks any resources to serve them himself. The expense to print this document was an excessive burden due to lack of income.

**IV.** Due in part to this court's inaction on the IFP, named defendants have redoubled their violent efforts against plaintiff n a mistaken belief that will terminate pursuit of this action. Hundreds of threats, harassments, and extensive new libel have occurred in the interim against plaintiff as a direct result.

**V.** In the past 3 weeks, plaintiff has been directly threatened not by parties across country emboldened by distance behind a computer screen but by three separate violent miscreants local to plaintiff. As recent as March 20 & 27, 2024 armed individuals attempted to intimidate, threaten, and engage plaintiff with violence as a direct result of the subject matter of this suit, namely defendants' incitements and libel.

---

[1] Entry by Corey Ann Balazowich dated February 25, 2024 at http://stopstealingphotos.com/art-by-dartisan-in-san-diego-ca-aka-seaside-boudoir/ accessed March 28 2024. This same party has been publicly fundraising for "legal expenses incurred" in *this* action ever since.

VERIFIED COMPLAINT [2024] - 2

**VI.** Many of these new potential defendants hide behind acronyms, pseudonyms, or false disposable digital identities to avoid joining this action.

**VII.** Plaintiff is entitled to compel service and participation, or judgment against, these miscreants.

**VIII.** In the interim since filing the IFP, thru research plaintiff has located recent mailing addresses for each of the current named defendants and is contemplating merits of adding additional identified accomplices by joinder motion or amended complaint *after* the IFP is formally granted.

**IX.** These miscreants have made it clear they seek to overwhelm plaintiff thru intimidation and undue expense and continue their unlawful activities.

**X.** Plaintiff's injuries have been exacerbated by this escalation in misconduct and this court's inaction to date and now include termination of plaintiff's professional presences online, the cited cause of which was overwhelming harassments by dozens of third parties to a web hosting provider, the majority of which was directly encouraged by defendant(s) Corey Ann Balazowich and Jeffrey Bennion, which behavior identically mirrors and continues that begun more than two years prior by Kelli Marie Connor.

## LEGAL BASIS

**XI.** FRCivP 4(c)(3) permits and requires service by the U.S. Marshall on these defendants in light of plaintiff's IFP application.

**XII.** FRCivP 4(d)(2) requires this court to impose the related costs for service upon each defendant(s) who refuses to return the provided and requested waiver.

## ARGUMENT

**XIII.** This court having yet to officially grant the IFP application to which plaintiff is entitled, the time to serve must also be extended under FRCivP 4(m) to permit this same required service by fully aware and recalcitrant defendants.

**XIV.** Defendants' deliberate proliferation of their confirmed libel, harassments, and incitements to violence, combined with the fact that violent acts towards plaintiff have begun to occur here in San Diego, mandate this court's immediate intervention and formal engagement of defendants by and thru formal service.

**XV.** The unlawful components of defendants' unlawful cancel culture campaign against plaintiff have reached such epic proportions that it is nigh impossible for plaintiff to find paid work or even panhandle to subsist in the interim of this resolution as he faces repeated unprovoked violence incited locally by Jeffrey Bennion and his associates, who instigated and enjoined codefendant Corey Ann Balazowichs participation but publicly conceals this causation so that they can point to her libel and harassments, duplicating Bennion's publications, as if they were confirmation of their own libel.

**XVI.** These same harassments have become physically dangerous to plaintiff. Failure by this court to immediately order formal service by the marshalls, so that these defendants recognize they are not able to indiscriminately flaunt and ignore the law without any recrimination whatsoever is at this point to condone imminent violence and the necessity that plaintiff has to physically respond to protect his safety from at least two local bad actors incited to criminal mischief by these named defendants. It is reasonable to say that lives and limbs are now on the line.

**XVII.** Plaintiff is entitled to the opportunity to pursuit life, liberty, and pursuit of happiness, including the opportunity to engage in lawful commerce towards these same ends without unlawful harassments, threats, and violence for which he seeks remedy in this action and which same have reduced him to penury. This court is his next to last recourse, that last being direct violence in defense of his life and freedoms. It is therefore imperative this court pick up this case, formally grant the IFP and order service by the marshall on all named parties herein and or a publication to same effect issued by the clerk to all parties including John & Jane Does which at this point number in the hundreds by published participation. The sooner this court acts, the sooner evidence can be presented and summary judgment issue, as the facts are indisputable and well evidenced throughout on every point plaintiff attacks. These are not by any means the only points alleged in defendants' libel or that are actionable by plaintiff but they are sufficient to provide adequate damages to compensate for the harms done and send a message to the defendants that harmful and untrue words as well as indiscriminate hate speech and incitement to violence cannot and will not be tolerated.

**XVIII.** It should also be of interest to note that some parties, most notably defendant Corey Ann Balazowich, despite not having appeared, have publicly declared they are defendants and *are actively campaigning for cash donations* as a result of this action and being a non-appearing defendant. This fact too should galvanize this court, as lawful process to keep and maintain peace and civil order is being manipulated and monetized by these defendants' for personal gain.[2]

---

[2] See e.g. https://www.gofundme.com/f/support-photo-stealers accessed March 28, 2024, in conjunction with http://stopstealingphotos.com/art-by-dartisan-in-san-diego-ca-aka-seaside-boudoir/ where she claims the legal fees are in response to this action and related expenses following her service. http://stopstealingphotos.com/art-by-dartisan-in-san-diego-ca-aka-seaside-boudoir/ also still displays the exact libel for which plaintiff sues her in this action, and to which she responded with more than 300 *additional* false assertions, which she has absolutely no knowledge of any related business relationships, and her "research" is so highly flawed it is almost entirely fiction for which she could also face action for libel and fraud in fundraising. This fundraiser has been reported to GoFundMe citing RICO and other legal concerns as of March 28, 2024.

**XIX.**     Corey Ann Balazowich has accepted thousands of dollars in donations for her *criminal* harassments and the unlawful acts for which she is being sued in this action. She and those encouraging her have no incentive whatsoever to cease their misconduct, even after two teams of corporate lawyers turned her site into swiss cheese to avoid liability for her most obvious misconduct while commenting that they would await this suit's outcome before again fully canceling her account for the apparent libel in violation of terms of service.

**XX.**     The fundraising by Corey Ann Balazowich is outright fraud, which if this court permits her to ignore this action with a formal response, could be considered complicity in obvious criminal behavior for their pecuniary gain.

**XXI.**     All of which illustrates that this court *must* act, and act at once, to squash this misconduct before the violence escalates to physical harm. And that requires this court issuing immediate orders to advance this case pursuant FRCivP 4(c)(3) & (d)(2).

For which reasons, plaintiff hereby requests and demands lawful order issue directing service by the marshall at the earliest opportunity with clear instruction and extension of time(s) necessary to effect that service, at defendants' cost.

RESPECTFULLY SUBMITTED THIS 1ST DAY OF April, 2024.

/s./ AELLIS D'ARTISAN
*pro se*

obtenebrix@protonmail.com *
(808) 800.7477
Transient, no address
%:
3479 Coastline PL
San Diego, CA 92110
(all service to be electronic)