1  Jeffrey M. Bennion, Esq.
   LAW OFFICE OF JEFF BENNION
2  7960 Silverton Ave, Suite 125
   San Diego, CA 92126-6345
3  Tel: (619) 850-4859
   Email: jeff@jbennionlaw.com
4
   Attorneys for Defendant Jeffrey
5  Bennion aka Jeff Bennion aka Jeffrey
   Mark Bennion aka Jeff B Photography
6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11 AELLIS D'ARTISAN                    Case No.: 24-cv-17-JO-DEB
   Plaintiff,
                                       **DECLARATION OF JEFFREY M.**
12 vs.                                 **BENNION IN SUPPORT OF THE**
                                       **MOTION TO DISMISS**
13 KELLI MARIE CONNOR dba KELLI
   MARIE PHOTOGRAPHY dba              [FRCP 12(b)(1), 12(b)(6)]
14 BOUDOIR BY KELLY; JILL
   LEUER; ALICIA MILLER; ERIC
15 MILLER; JEFFREY BENNION aka         Complaint Filed:  January 3, 2024
   JEFF BENNION aka JEFFREY            Judge:            Hon. Jinsook Ohta
16 MARK BENNION aka JEFF B             Courtroom No.:    4C
   PHOTOGRAPHY; SARA
17 PASTRANO; THERESA                    Hearing Date:    October 31, 2024
   STRATTON GARRETT; COREY            Hearing Time:     9:30 am
18 ANN BALAZOWICH; JOHN DOES
   1-100; JANE DOES 1-100,
19
   Defendants.
20

21

22

23      I, Jeffrey M. Bennion, hereby declare as follows:

24      1.      I am an attorney at law duly licensed to practice before all courts

25 in the State of California.  I am the attorney of record for defendants David

26 and Maria Maxwell. All facts are known to me personally. I could and would

27 competently testify thereto if called upon to do so.

28                              1
   DECLARATION OF JEFFREY M. BENNION ISO MOTION TO
                          DISMISS

2.      On January 11, 2024, Defendant Corey Balazowich published a Facebook post linking to her article about Plaintiff's incredible amount of theft and copyright violations. Plaintiff commented several times in the comment section. Attached as Exhibit 1 is a true and correct copy of an exchange Plaintiff had about how he's just going to keep refiling after a dismissal.

3.      In that same comment section, Plaintiff interacted with several commenters threatening to add them to the litigation and threatening them with physical violence. Attached as Exhibit 2 is a true and correct copy of Plaintiff's comments about this and a screenshot that someone posted with an email threat he made to someone threatening to add them to the litigation for demanding he remove a stolen image from his website.

4.      In response to Plaintiff's claims that there is legal precedent that his name is actually Aellis Obtenebrix, I made a Public Records Act request to the California Unemployment Insurance Appeals Board Orange County Office of Appeals. They sent me the entire case file and an audio of the hearing. I listened to the audio that included Plaintiff arguing his case to an administrative officer. He had been denied unemployment over a dispute over his legal name not matching the name on his documentation supporting unemployment benefits. In response, he forwarded documents that purported to be photocopies of a social security card and passport with the name Aellis Obtenebrix. Based on those supporting documents, the appellate decision was reversed and he was awarded unemployment benefits. A true and correct copy of the relevant excerpts from that file are attached as Exhibit 3.

DECLARATION OF JEFFREY M. BENNION ISO MOTION TO DISMISS

1         I declare under the penalty of perjury under the laws of the State of

2    California that the foregoing is true and correct.

3

4         Executed on August 28, 2024 at San Diego, California.

5

6

7

8    _____

9    Jeffrey M. Bennion

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JEFFREY M. BENNION ISO MOTION TO DISMISS

1

# TABLE OF CONTENTS

2

3    Exhibit 1................................................................................................5

4    Exhibit 2................................................................................................7

5    Exhibit 3..............................................................................................14

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 1



**Photo Stealers**

Aaron Golden Who knows. I'd imagine so but you never know with the justice system.

1d    Like    Reply                3 



**Heather Hope**

Photo Stealers I mean, his last case filed was dismissed because he failed to comply with the court's requirements to provide his legal name, how he can operate a business at no expense/without assets, and failure to disclose any government benefits he receives. So I'd wager the likelihood of all his stuff being thrown out is quite high.

1d    Like    Reply                8 



**AEllis D'Artisan**

Heather Hope untrue. It was dismissed because the court never mailed the order, according to the postmark, until 3 days before the deadline - it reached me a qeek after dismissal. Which accomplished nothing since everything is ongoing, and this very thread evidences. Which is why it is already refiled. No biggie. Besides, that order was an ovwrreach, and probably why it wasnt mailed on time, they didnt want an appeal.

Result: a delay as we start over, nothing more.

20h    Like    Reply                9 



**Michelle Gilbert**

AEllis D'Artisan dude, it's all public record and can be read by the whole world.

20h    Like    Reply                10 

Exhibit 2

 **Photo Stealers**  

 **AEllis D'Artisan**
Photo Stealers you are onw to talk Corey, who still tries to hide anonymous and bully people becauee he's afraid of beijg takem to court.

Such a rwputable authority.

Suggestion: get better source of information, find a job youre actually good at, that is legal, doesn't harm people, and mayhe you could become a valued controbution to society, soemtbing worth listening to. Your conduct is less than worthless and in several states, today, you'd be in prison for soem fo the behavior you thinn is acceptable and pursue on a daily basis because you're a worthless hack who can't peform the art of photography himself to save his own life!

Suggestion: mind you're own damn business, while younstill have the choice to do do, since you won't like what comes afterward for you.

And to your gailure, as in photography, I will sooner throttle the life from you with my bare hands on live T.V. than I will acquiesce tonany of your efforts on behalf of Jeff & Kelli.

So go F yourself, at least until we meet in person...becaue if the beart attack doesn't resolve the matter...

Your beneath paparazzi foe the gossip rags in the supermarket register.

Shame, if you had an iota of integrity, tou might figure out making a decent living at PR...and thanks for the traffic.

18m    Like

Write a comment...

2-001                                                                          07

 72 ›



 50m    Like    Reply

**AEllis D'Artisan**

Mike Heller no, only the fools who commit libel. Probably too large a word for you though.

Vut when you're a puppet (you are), you don't even know the difference I'm sure.

You wouldn't knownthe truth if it bit your nose off and took half your face with it. And that's why I can laugh at the idiocy I see going on here...a bunch of gutless keyboard warriors shitting themselves at home thinking they are safe.

Lol

If I sue, you lose. It's that simple. You can't prove anything true, and I only have to allege one lie (you have several). You have to prove truth, and you can't. Because youre ignorant, dumb, and let others do the thinking foenyou while you serve as yes men.

They will still lose in court. As would you. Care to join them? File a joinder and join as a defendant. Won't bother me at all. They goad you to attack becauethey fucked up and atr desperate. I won't back down. I will bury them.

And all that bluster and not ONE of you can prove a single theft. Not one. But keep talking and hyping each othe up like the animals you are.

Enjoy the show, and thank youbfor providing evidence I can use against them for punitive damages.

22m    Like

Write a comment…



**New Listing: it has been a while since I've covered someone who just...**
90 reactions · 488 comments · Jan 11



**AEllis D'Artisan**
Photo Stealers the ignorance and lies from you is amazing Corey.

Tell you what, since I've dealt with your kind before, snd you think you're so safe and snug while everything you spew is ignorance & lies...even begore you're servec in the lawsuit, I'll publish your home address do EVERYONE you've ever bullied knows where and how to find you and pay you a visit, not just me. See how bold you are then.

The more I think about it, the more I like it. & that should be a huge traffic boost ig I use it right, in addition to what you've already given me (thank you again).

Irony: you commit copyright violations snd theft as often as you breathe & post, yet accuse others of exactly what you are doing and have no right to do with stolen images.

Yes Corey, I think I will. All leftist terrorists like yourself should lose their perceived privacy.

1h    Like    Reply    Send message    Hide



**AEllis D'Artisan**
JE Teo you're welcome to a front row seat at the defendant's bench if you want it.    ...

1h    Like    Reply    Send message    Hide



**AEllis D'Artisan**
Photo Stealers No, thats not how libel works. I state your lie. You have to prove it wasn't a lie (which you can't). You win or lose on libel based on whether you, the liar, the defendant, can prove your original claim.

Since you lack soooo many facts that you have zero hope of winning...you really should talk to an attorney. But you're welcome to be humiliated in court side by side your friends Kelli & Jeff, who admittedly have so much more to lose than you, their stooge.

Now, where will.I post Corey's home address...

57m    Like    Reply    Send message    Hide



**AEllis D'Artisan**
Helena Hersey and youre ignorance is astounding.

56m    Like    Reply    Send message    Hide



**AEllis D'Artisan**
Beth Swan i dont have to imagine anything. Thats exactly what this Corey is doing.

56m    Like    Reply    Send message    Hide

**Re: Copyright Infringement Notice -**



○ **AEllis | Art by D'Artisan | Your Artistan Photographer for Life** <aellis@enchantedrealmi...    Monday, December 18, 2023 at 2:08 PM

**To:** ○ Jon Haverstick



You are hereby om formal legal nltice that any further act(s) of harassment or intended to interfere with my business in any manner whatsoever are in viomation of California's Unfair Competition Law and similar federal laws.

You were given a lawful manner in which to conduct yourself. Continued failure to perform in such a lawful fashion will result in formal legal action and your legal expenses thereto in addition to damages to myself.

You will not get another warning. Mind your own damn business.
Period.


Your Artist,

*~AEllis*

[Art by D'Artisan](#)
"Art is critical to intellectual growth & development. It stimulates the mind and encourages thought. Good art provokes thought. Excellent art inspires both thought and emotion."



...yes, I'm on the go, but you should know...

History is knowing that Jesus died on the cross, was buried, rose from the dead and was seen alive by many the third day.

History is knowing that the God head has condemned every human alive to eternity in the unending Lake of Fire (every last one of us is under an eternal death sentence).

Faith is believing he died for your sins and God will keep his promise of eternity in Heaven with Him if you accept this free gift from God (Christ's death on the cross as your sole ticket to eternal paradise, the only reason your sin & eternal sentence to His Lake of Fire will be pardoned).



🔶 Top fan
**Jim Bolen**
I sure struck a nerve with him!
23h    Like    Reply    👍😂 4

**Vikki Kourbelis**
**Jim Bolen** 🤣🤣🤣 I just saw his outrage at your accusation 🤣🤣🤣 Mic drop moment when he would of looked at the link here
23h    Like    Reply    👍

**Tamara Taylor**
**Jim Bolen** was he just making up words there??? I want to tear a strip out of him in that group, but he's *so creepy* that I don't want to interact with him (it's my daughter in the fall image).
23h    Like    Reply    🥰😮 2

**AEllis D'Artisan**
**Tamara Taylor** go ahead. Im hear screenshotring everything for court already so feel free to add your piece. 😊

I appreciate the traffic. And knowing what all these starving people do, as well as why public has such a low perception of camera clickers. I just have to set myself apart feom you and Im good. AND....you arw helping me with exactly that!

No @jim bolen, but I can add you as a defendant if you really want. The better question is why you are breaking federal law when we only had one tenuous client in common and they don't seem to remember you so I'm curious about that as well.
2h    Like    Reply    😄 2

**Tamara Taylor**
**AEllis D'Artisan** you stole a photograph of my young daughter and put it on your website, insinuating that the art is your own. Now you're insisting here that other people are breaking the law. How are your actions reasonable or fair?
2h    Like    Reply    👍 4

2-005                                    11



Exhibit 3



**STATE OF CALIFORNIA - GOVERNOR GAVIN NEWSOM**
**LABOR AND WORKFORCE DEVELOPMENT AGENCY**

**CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD**
**ORANGE COUNTY OFFICE OF APPEALS**
6 CENTERPOINTE DR. 4TH FLOOR
LA PALMA, CA 90623
TELEPHONE: 714 562 5560
FAX: 714 562 5593

Date: March 26, 2024

Jeff M Bennion, Esq
The Law Office of Jeff Bennion
7960 Silverton Ave, #125
San Diego, CA 92126

CASE NO.: 7010099
CLAIMANT: Aellis Obtenebrix

Enclosed is a copy file and CD recording from the hearing proceedings conducted on December 27, 2021 in connection with the above captioned case.

We have received your check for $5.00 made out to the Employment Development Department to cover the cost of the CD and/ or documents you requested.

Brian R. Faulkner
Presiding Administrative Law Judge

BRF:vj

3-001                                                                    14

STATE OF CALIFORNIA

CALIFORNIA UNEMPLOYMENT APPEALS BOARD


DECLARATION


I, BRIAN R. FAULKNER, the Presiding Administrative Law Judge for the
California Unemployment Insurance Appeals Board, declare under penalty
of perjury that the enclosed CD/cassette recorded hearing constitutes a
true and correct copy of the recorded proceedings of the hearing held on
December 27, 2021.


Brian R. Faulkner
Administrative Law Judge

| | |
|---|---|
| **From:** | Jeffrey M. Bennion |
| **To:** | CUIAB Orange County Info |
| **Subject:** | Re: Case Number 7010099 |
| **Date:** | Tuesday, March 26, 2024 9:32:08 AM |

This is pursuant to the California Public Records Act. Thank you.

Sent from my T-Mobile 5G Device
Get Outlook for Android

**From:** Jeffrey M. Bennion
**Sent:** Wednesday, March 20, 2024 12:02:34 AM
**To:** ocinfo@cuiab.ca.gov <ocinfo@cuiab.ca.gov>
**Subject:** Case Number 7010099

Attn: Irma,

Thank you for speaking to me on the phone today. I am sending a check for $5 made out to the EDD addressed to:

Orange County Office of Appeals
Attn: Irma
6 Centerpointe Dr., 4th Floor
La Palma, CA 90623

I would like the entire file pertaining to Aellis Obtenebrix with the above-mentioned case number, including the audio. If possible, you can send the information electronically, or hard copy to the address below.

Jeff M. Bennion, Esq.
THE LAW OFFICE OF JEFF BENNION
7960 Silverton Ave., #125
San Diego, CA 92126
(619) 850-4859

The information contained in this electronic message is confidential information intended only for the use of the individual to whom it is addressed.



**Case No.: 7010099**                    **Orange County Office of Appeals**
CLT/PET: Aellis Obtenebrix                ALJ: LaKrecia J. Rogers
Parties Appearing: Claimant, Department
Parties Appearing by Written Statement: Department

---

ISSUE STATEMENT

The claimant appealed from a determination that held the claimant not eligible for benefits under Unemployment Insurance Code section 1253(a) beginning June 13, 2021. The issue in this case is whether the claimant provided sufficient appropriate documentation to establish the claimant's identity.

FINDINGS OF FACT

The claimant filed a claim for benefits with an effective date of June 13, 2021. The department requested additional documentation to establish the claimant's identity. The claimant submitted a 1099 form from 2021. The forms showed the claimant's full name and social security number, and the name of the company that paid the claimant as an independent contractor. The claimant also submitted a passport issued by the United States government. The document had the claimants name, photograph and showing the same date of birth as the claimant provided to the department.

REASON FOR DECISION

An individual is eligible for unemployment benefits with respect to any week only if the individual files a claim for that week in accordance with authorized regulations. (Unemployment Insurance Code, section 1253(a).)

The authorized regulations referred to in section 1253(a) of the Unemployment Insurance Code are set forth in title 22 of the California Code of Regulations.

The department may require a claimant to submit information to establish the identity of the claimant and to verify that the wages reported under the social security number provided belong to the claimant. (California Code of Regulations, title 22, section 1326-3(a).)

California Code of Regulations, title 22, section 1326-3(b)(1) provides that if the information provided to the department by the claimant does not sufficiently establish the identity of the claimant, or if the department cannot verify that the wages reported under the social security number provided belong to the claimant, the department shall require the claimant to verify his or her identity by presenting a photo identification and one of the following documents:

7010099-000000                    2

(A)  Social security number verification.

(B)  Date of birth verification.

(C)  Address verification.

(D)  Employment data.

"Photo identification" means an official document issued by a local, state, or federal agency, or a foreign government, which contains the individual's photograph, first and last name, and date of birth. (California Code of Regulations, title 22, section 1251-1(l).)

"Employment Data" means a copy of that individual's Wage and Tax Statement, issued within the last 12 months, or a check stub or pay statement issued by that individual's employer within one year prior to the date that individual first filed a claim for unemployment compensation. The check stub or pay statement must contain the individual's first name or initial, last name, social security number, the name of the employer, and the date issued or the pay period for which the check stub or pay statement was issued. (California Code of Regulations, title 22, section 1251-1(o).)

A claimant is not ineligible under section 1253(a) for failure to fully comply with department regulations, so long as there is substantial compliance with the substance of the regulations.  (Precedent Decision P-B-137.)

In this case, the claimant has provided proper photo identification. While the documentation submitted as wage verification does not fit exactly within the parameters established by the department regulations, the 1099 form provided by the company utilizing the claimant's services is the same as would be provided on a W-2 form, except that the compensation was not treated as wages. The undersigned concludes this is substantial compliance with the requirement for wage verification. Under these circumstances, the claimant has met the requirement of 1326-3(b)(1) of the regulations. The claimant therefore has filed the claim in accordance with department regulations and is eligible for benefits under code section 1253(a).

## DECISION

The determination is reversed. The claimant is not ineligible for benefits under code section 1253(a). Benefits are payable, provided the claimant is otherwise eligible.

LJR

7010099-000000                                 4

7010899

12/27/21  8:45 Rogers

**DeLaTorre, Irma@**

| | |
|---|---|
| **From:** | AEllis Obtenebrix <obtenebrix@protonmail.com> |
| **Sent:** | Monday, December 27, 2021 9:33 AM |
| **To:** | CUIAB Orange County Info |
| **Subject:** | Exhibit #6 - Case #7010999 |
| **Attachments:** | AMAZON 1099 2021.pdf |

As requested by j. Rogers in today's hearing.

Thank you,

*"Art is critical to intellectual growth & development. It stimulates the mind and encourages thought. Good art provokes thought. Excellent art inspires both thought and emotion."*

*Artist of Daylight & Darkness*

www.artbyaellis.com

*****

To spend your eternal life with God, with salvation from God's wrath, hell, and the lake of fire:

I Corinthians 15:1-4
1 Moreover, brethren, I declare unto you the gospel which I preached unto you, which also ye have received, and wherein ye stand;
2 By which also ye are saved, if ye keep in memory what I preached unto you, unless ye have believed in vain.
3 For I delivered unto you first of all that which I also received, how that Christ died for our sins according to the scriptures;
4 And that he was buried, and that he rose again the third day according to the scriptures:

*****

If you believe the above passage, you are a new creature. Now find out what that means...  Want help doing this?  Here area  few resources to consider:

https://www.youtube.com/user/MillenniumBible2001/videos, http://helpersofyourjoy.com/ http://www.butnow.org,

RECEIVED
DEC 2 7 2021
ORANGE COUNTY
BOARD OF APPEALS

(o_)Emailed ALJ

1

STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
800 Capitol Mall
Sacramento, CA 95814

## BEFORE THE CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD
### ORANGE COUNTY OFFICE OF APPEALS

In the Matter of:

Aellis Obtenebrix,

*Petitioner*

CUIAB Case No(s). 7010099

DECLARATION
IN LIEU OF
APPEARANCE OF
RESPONDENT,
EMPLOYMENT
DEVELOPMENT
DEPARTMENT

*12/27 @8AS    Rogers*

I, Suada T., declare as follows:

1. I am authorized to submit this declaration on behalf of Employment Development

    Department (EDD) in lieu of appearance of the above appeal pursuant to section

    5061 of Title 22 of the California Code of Regulations (CCR).

2. I am employed by the EDD as an Appeals Representative within the

    Unemployment Insurance Branch. My duties include reviewing, processing, and

    transmitting appeals.  I am competent in the administration and application of the

    Unemployment Insurance (UI) program.

3. I make this declaration based on my own personal knowledge, having reviewed

    the records, to the best of my knowledge, prepared or compiled by staff at EDD,

    in the ordinary course of business, at or near the time of the acts, conditions or

    events recorded, except where stated on information and belief, and if called to

    testify on these matters, I could do so competently.

RECEIVED
DEC 1 4 2021
ORANGE COUNTY OFFICE
OF APPEAL

4. On, July 1, 2021, EDD issued a determination of eligibility finding the Petitioner disqualified from receiving benefits under California Unemployment Insurance Code section 1253(a) for failing to provide sufficient information to establish their identity.

5. Upon information included in EDD's records, the following issue(s) prevented the EDD from being able to verify the petitioner's identity and process their claim in accordance with authorized regulations:

   The evidence indicates information provided at claim filing does not match information provided to verify the claimant is the true owner.

   Based on this, I believe the determination disqualifying the Petitioner from unemployment insurance benefits should be affirmed.

6. Attached as Exhibit A is a true and correct copy of claimant provided unacceptable photo ID and unacceptable secondary document.


I declare under penalty of perjury under the laws of California that the foregoing is true and correct.  Executed this 14th day of December, 2021, at Sacramento, California.



Suada T.

Appeals Representative

Unemployment Insurance Branch





**RECEIVED**
JUL 15 2021
By: 83

EDD Telephone Numbers:
ENGLISH         1-800-300-5616
SPANISH         1-800-326-8937
CANTONESE       1-800-547-3506
MANDARIN        1-866-303-0706
VIETNAMESE      1-800-547-2058
TTY (non-voice) 1-800-815-9387
website: ▓PostMarked▓ca.gov

# APPEAL

## APPEAL FORM

JUL 13 2021

If you disagree with the Notice of Determination(s) and/or Determination(s)/Rulings by the EDD, you may appeal the decision(s) to the California Unemployment Insurance Appeals Board (CUIAB) by completing this form and explaining why you disagree. You must sign the form and return it to the EDD at the office address listed on the notice that you are appealing. **YOU HAVE 30 DAYS FROM THE MAIL DATE OF THE NOTICE TO FILE A TIMELY APPEAL.** If you appeal after the 30 day period, you must include the reason for the delay. The administrative law judge (ALJ) will determine whether you had good cause for the delay. If the ALJ determines you did not have good cause to submit your appeal late, your appeal will be dismissed.

**CLAIMANTS:** While your appeal is pending, **you must continue to certify for benefits.** If you are found eligible, you can be paid only for periods for which you have certified and have met all other eligibility requirements.

NOTE: Claimants for Disaster Unemployment Assistance (DUA) have 60 days to file an appeal. Employers appealing the *Notice of Determination or Assessment* (DE 3807), have 30 days to file an appeal.

| SECTION I      APPELLANT INFORMATION |
|---|

**INSTRUCTIONS:** The following information must be provided by the Appellant (the claimant or employer who is appealing a notice), or by the authorized agent or representative of the Appellant. The signature of the Appellant or agent is required. Please use **BLACK INK** when filling out this form.

Claimant Name: A Ellis Obtendrix            Social Security Number: ▓▓▓▓

Do you need a translator?  ☐ Yes  ☒ No   If yes, what language/dialect?

Appellant Address: ▓▓▓▓
Street No., Apt. No., or PO Box            Telephone No.: ▓▓▓▓

Laguna Beach            CA      92651
City            State     ZIP Code            Fax No.:

E-mail Address: obtendrix@protonmail.com            Cell Phone No.:

☒ I authorize the CUIAB to send confidential information regarding my appeal to the e-mail address listed above.

☒ I authorize the CUIAB to send confidential information regarding my appeal by text message or voice mail to the cell phone number listed above.

**Complete this section for employer appeals only**

Employer Account Number: _____   Agent Name (if applicable): _____

Agent Address: _____
Street No., Apt. No., or PO Box            City        State    ZIP Code

| SECTION II      APPELLANT STATEMENT |
|---|

**INSTRUCTIONS:** Explain the reason for your appeal and why you disagree with the decision(s). If required, attach additional pages to this form and write your name and Social Security number on each page.

I disagree with the determination in the notice dated 7/1/2021 because
NO EDD notice of any "request" for any ID or other document was ever submitted to me. As the dept. failed to make any such request, this determination is both false & premature as I could & would have submitted a copy of my passport & another document if the dept. had ever bothered to request such in the first place which it did not. It should be quite telling that there is less than 3 weeks from the initial claim date & the false notice of denial during which the only request from the dept. that I received was for an initial 2 week certification, nothing more, & that was promptly returned completed. Again, the dept. did NOT ever deliver to me any request for ID or other documentation, until an entirely erroneous notice of denial. This is outrageous, especially given that the dept. is handily illegal alien, but wants to extort lord ding a natural born citizen who has never before received such benefits & still need to provide certification forms as well.

Signature of
Appellant or Agent: [signature]            Date: 7/7/21

DE 1000M Rev. 8 (5-19)            - Versión en español en el dorso -            CU

4–3





THIS PASSPORT WAS ISSUED OUTSIDE THE UNITED STATES

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE

UNITED STATES OF AMERICA

Type / Type / Tipo      Code / Code / Código
P                       USA

Surname / Nom / Apellidos
OBTENEBRIX

Given names / Prénoms / Nombres
AELLIS

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento

Place of birth / Lieu de naissance / Lugar de nacimiento
COLORADO, USA

Sex / Sexe / Sexo
M

Date of issue / Date de délivrance / Fecha de expedición
06 JUN 2016

Authority / Autorité / Autoridad
United States
Department of State

Date of expiration / Date d'expiration / Fecha de caducidad
08 JUN 2026

Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 11

00315688

P<USA<OBTENEBRIX<AELLIS<<<<<<<<<<<<<<<<<<<<<<<<<
7203573294USA7911163M160608500315688<I<46038

3-013

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS

Inmate
ADC#
Arizona State Prison Complex
Unit

City _____ AZ _____

© USPS 2019

SANTA ANA CA 925

13 JUL 2023 PM 5 L



E.D.D.
U.I. Center Los Angeles
P.O. Box 5007
Buena Park CA 90622-5007

906.22-5007007



4-1

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT