AEllis D'Artisan
c/o: 5050 Niagara #210
San Diego, CA 92107
(619) 800.2429
obtenebrix@protonmail.com



FILED
SEP 16 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO

| | |
|---|---|
| AELLIS D'ARTISAN,<br><br>                    Plaintiff,<br>vs.<br>KELLI MARIE CONNOR DBA KELLI MARIE PHOTOGRAPHY DBA BOUDOIR BY KELLI, JILL LEUER, ALICIA MILLER, ERIC MILLER, JEFFREY BENNION, SARA PASTRANO, THERESA STRATTON GARRETT, JOHN DOE(S) 1-100, JANE DOE(S) 1-100,<br><br>                    Defendants. | Case No.: **24-CV-00017-JO-DEB**<br><br>**RESPONSE AND MOTION TO STRIKE DEFENDANT JEFFREY BENNION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

Plaintiff AEllis D'Artisan, *pro se*, hereby responds to this court and the defendant's deliberately false and frivolous motion to dismiss as follows, and for good cause shown respectfully requests this court deny the motion *as required by law* and for good cause shown, and to enter sanctions against defendant for deliberate misconduct before this court, including deliberate falsehoods, criminal activity, and refusal to serve any opposing party as required by court rule.

# MEMORANDUM OF POINTS AND AUTHORITIES

# FACTUAL BACKGROUND

Defendant Bennion did not refute a single factual element stated against him in the verified complaint.

Defendant Bennion's stated conduct is and always was unlawful.

Defendant Jeffrey Mark Bennion is engaged in continual and ongoing criminal activity towards plaintiff AEllis D'Artisan, which same includes ongoing campaigns of harassment, cyberstalking, defamation, and possession of stolen property. He has been a person of interest in at least two recent FBI investigations, multiple state Bar investigations seeking disbarment, and a recent allegation from his own client has surfaced condemning him for what appears to be sex trafficking young women that may violate the state & federal criminal statutes regarding "pandering." All actions alleged against Bennion in the complaint remain ongoing and uninterrupted, continued renewing causes of action against him.

Defendant Jeffrey Mark Bennion was first encountered by plaintiff in 2021 in an online forum for photographers where Bennion had posted deliberate misleading information intended to deceive a very young and naive female "aspiring model." The advice he proffered was faulty, phrased as a personal opinion, identified himself as an "entertainment attorney," and if followed would ensure the young woman never saw any legitimate work as a model or actress. Plaintiff posted a response to the woman explaining with great detail why that advice would cost her work and providing more practical alternatives that would not forfeit her desired career and keep her safe from the countless sex predators like Bennion who seek to prey upon aspiring models and actresses. Plaintiff was supported by dozens of other professionals in the commentary

that followed and Bennion was shamed and his integrity and intentions as an "attorney" were widely called into question. Thereafter Bennion began a campaign of cyberstalking and harassment of plaintiff that has never ceased to this very day.

Jeffrey Mark Bennion has grown bold in the time since and now boldly lies to this court in addition to placing evidence of record attached to this very motion of his personal campaign of terror and criminal activity towards plaintiff.

Plaintiff's "real name" is AEllis D'Artisan, as attested by California state records including the Motor Vehicle Department, the federal Social Security Administration, and every single other legitimate authority as to identity. Note that Jeffrey Mark Bennion's possession of documents he lies to this court to purport aliases such as "Jason Bourne" are in fact a foolish and reckless admission of criminal activity by Jeffrey Mark Bennion.[12] Jeffrey Mark Bennion knew that it was stolen property before it ever entered his possession, deliberately received, retained, published, and promoted several lies unaware this document never existed in public awareness prior to Jeffrey Mark Bennion's campaign of criminal activity against plaintiff. Some were never public record and never existed except as private mementos between comrades in arms gifted in private, never divulged to any other party until the criminal Jeffrey Mark Bennion advertised and promoted that he possessed these personal documents he knew were stolen from plaintiff by his client.

Jeffrey Mark Bennion is aware that possession of stolen property, and misuse of it for his own ends are criminal offenses. The publication of confidential personal documents stolen by him or provided to him with his knowledge of their theft are

---

[1] E.g. California Penal Code section 496 covers not only buying, selling, or accepting the property but also withholding or concealing the item from the owner. Where Bennion defends the rapist that stole certain documents, art, and equipment, including these documents, from plaintiff, and Bennion represents that same party in state court it cannot be said that he was unaware of the stolen nature of the property and his criminal refusal to return it to its undisputed sole rightful owner, the plaintiff in this case, and further evidenced by his deliberate unlawful publication of the same to the public as well as here.

[2] See e.g. Bennion's reported "exhibits 1 & 3" attached to the opposed motion - unseen by plaintiff

MOTION: BENNION: RESPONSE & STRIKE MOTION TO DISMISS - 3

actionable by the state and federal Bar as ethics violations in addition to being a criminal offense.

Jeffrey Mark Bennion's criminal activity is not limited to unlawful possession and use of stolen property, cyberstalking, harassment, or slander of plaintiff. He has committed deliberate perjury before this court in his opposed motion to dismiss.

Jeffrey Mark Bennion has outright lied to this[3] court on each of the following statements made as part of his motion and or supporting documents:

1) "Defendant attempted to meet and confer with Plaintiff"[4]
2) "Plaintiff's real name is Larry Ellis Campbell, Jr."
3) "he lied on his IFP application"
4) that plaintiff refused to produce identity documents (the orders were never delivered to plaintiff as previously documented)
5) that plaintiff "bragged about how he was outsmarting the federal court system"
6) "he had previously served time in Florida prison multiple times for custodial interference, trespass, assault, and aggravated stalking and is currently on probation in California for assault with a deadly weapon"
7) that plaintiff moved to California to be a photographer of naked women.

The list of lies continues but this last is of particular interest in this proceeding because in it Bennion is abusing privilege in a legal proceeding in order to repeat the original deliberate lie and defamation that began with his mentor and associate Kelly Marie Connor, the same which initiated this entire pattern, chain of event, and litigation. An outright lie in its entirety. Providing full details here on record within view of Bennion will subject plaintiff to further misconduct by Bennion and his minions and may result in violence, according to rhetoric he and his followers publish.

---

[3] Document 15, p.6 3rd paragraph
[4] Document 15, p.2 top

MOTION: BENNION: RESPONSE & STRIKE MOTION TO DISMISS - 4

Plaintiff does not promote nude photography, nor is a single nude image relevant this case or its origins. Over 80% of plaintiff's clientele initiate requests for nude art photography as consenting adults seeking a unique gift for themselves or their partner. They feel at ease, respected, safe in plaintiff's presence, & trust plaintiff to produce art for them & their loved ones, a matter between plaintiff and those paying clients, no one else. Numerous women from age twenty thru sixty seven have requested or volunteered to pose for Plaintiff. Plaintiff's art, in several different media and categories been shown, very well received in numerous galleries and shows in the USA & abroad with no less than three large showings in San Diego and juried invitations to local fairs & competitions.[5]

Bennion's further lies in his opposed motion are considerable, outweighing the isolated elements of truth in the motion. Bennion has deliberately mischaracterized this suit and introduced irrelevant details in order to avoid attention for his deliberate misconduct. Bennion was humiliated for his obvious public attempt to manipulate a young woman into an untenable position where she would need an attorney, be forced to take sex work, or abandon her dream. Predators such as Bennion & his associates prey on such women every day. Now he is on trial for very specific heinous acts by him. The court would spend months in trial if we were to try all his stalking and harassment of plaintiff.

Bennion has *never* made any attempt to "meet and confer with plaintiff, ever, in *any* case.

Bennion states that in a prior action codefendant Kelli Connor attached a drivers license copy to a motion to dismiss alleging it was plaintiff. What Bennion did not disclose was that:

1) Bennion provided that license photocopy to Connor

---

[5] A common misconception is that these gallery shows guarantee sales and revenue. Many artists in fact pay for these opportunities in advance. Plaintiff has never had to advance a cent for these invited events.

MOTION: BENNION: RESPONSE & STRIKE MOTION TO DISMISS - 5

2) Bennion committed multiple crimes related to that act: he was in criminal possession of stolen property, then altered & provided the image to Connor.
3) the order that Bennion cites was *not mailed to plaintiff until 3 days prior the deadline* and the case was dismissed without opportunity to be heard on this.

Bennion offers no factual basis for dismissal of this action. He maligns plaintiff and attempts to distract this court with irrelevant matters that he fails to present with any accuracy. He repeats the behavior that landed him in this court in the first place. Bennions submitted to this court absolute proof of his own criminal activity, including possession of stolen property while knowing it to be stolen, private, and personal in an effort to embarrass and humiliate plaintiff - again, part of the very reason he is being sued in this court in the first place.

Plaintiff has never "bragged" about this lawsuit. To the contrary, it is Bennion and his allies who have at every opportunity publicized this court action in an attempt to garner sympathy and even fraudulently fundraise[6], efforts that have gained several individuals criminal FBI investigations. Plaintiff has responded that he will *not* be bullied by the defendants and will continue to litigate their unlawful activities and defend himself against the threatened physical attacks until *they* cease to attack.

Jeffrey Mark Bennion has gone so far in his personal stalking and harassments of plaintiff as to involve himself in plaintiff's personal romantic life on multiple occasions as recent as days before he filed this motion. As with many of Bennion's criminal harassments of plaintiff, this harassment too has backfired, as the woman he harassed, his own client according to California state court records, has alleged he has profited from arranging her prostitution clients in the past three years, yet another

---

[6] https://www.gofundme.com/f/support-photo-stealers revised multiple times due to fraud claims
MOTION: BENNION: RESPONSE & STRIKE MOTION TO DISMISS - 6

criminal act that violates the required ethics of an attorney admitted to Bar in this court or the state of California.

Jeffrey Mark Bennion claims to be an attorney yet ignores standard due process and court procedure and disrespects this court with his own criminal activity and deliberate lies.

Bennion violated F.R.Civ.P. 5 (a)(1)(D & E) when he refused to serve a copy as required of this motion, its notice, and all related documents on the plaintiff. This is self evident from the filing. Plaintiff learned of the filing and photographed the first 27 pages of document 15 in the clerk's office on September 10, 2024 when he filed a motion to extend time to answer or strike this unseen motion by an unknown party or this court would have ruled on it without knowledge or opposition of plaintiff, as Bennion intended. See the certificate of service in that same, knowing full well from his own PACER access that no other party but himself and the court had at that time any PACER access to review the reams of lies and deceptions he had filed to the court as his opposed motion to dismiss.

Plaintiff still has not had any opportunity to review or more specifically oppose or refute any of the subsequent 100+ supporting pages that the docket reflected as filed in support of this motion. Bennion has not provided them to plaintiff or any party except this court.

Bennion has himself proudly published and boasts that he has incited at least eighty eight separate individuals to harass petitioner in only one instance of his three years of ceaseless harassments.[7] Bennion has established ongoing "highlights" chronicling his ceaseless harassments and stalking of AEllis D'Artisan[8] with regular updates and regularly feeds additional information to several parties to encourage them to harass and even threaten plaintiff. Several persons have in writing threatened

---

[7] see exhibit A, Bennion's own braggadocio and declaration of this fact, a basis for this action.
[8] https://www.instagram.com/jeffb.photos/

MOTION: BENNION: RESPONSE & STRIKE MOTION TO DISMISS - 7

acts of violence against plaintiff AEllis D'Artisan at the deliberate incitement, encouragement, and invitation of Jeffrey Mark Bennion. More than one has intended to act out those threats of violence against AEllis D'Artisan until face to face with AEllis in person, whereupon each has yielded and left.

Further, Bennion has alleged that the defendants are not connected. This is a lie. Bennion has himself supplied information to parties in this case upon which they relied to oppose plaintiff. See e.g. the license of "Lachlan Rotschrek" he submitted to Kelli Connor in this case's prior iteration for her to move to dismiss, see also in this case defendant Garrett's own "Answer" citing Bennion as a contact and source of related information. Bennion is the nexus that brings all these defendants together, exactly as the complaint alleges. These are not disparate random acts "frankensteined" together to bring a single action, they are the result of a great many parties explicitly stating their threats and actions were incited or based upon Bennion's own rhetoric.

None of the actions alleged in the complaint have been taken in a void. They have been the result of ongoing incitement and communications by first Kelli Marie Connor, later Jeffrey Mark Bennion, and still others since, in their spiteful, malicious, and unlawful harassments and efforts to strangle plaintiff's legitimate business efforts and interests. The connections are from tenuous and many people boasts that Bennion is the person inciting all.of this activity today, as reported by plaintiff's partner, who despite her claim of profiting from Bennion's alleged pandering activities is now in a safehouse out of the reach of Bennion & his associates, after she stated repeatedly that she feared Bennion intended to have her killed or worse.

Unfair Competition under federal law does not require an endorsement of one's own wares or services, nor does it require any direct comparison to the competitor being maligned. Only that the person acting to malign be engaged in a competitive parallel business and make false claims against that competitor, which the complaint

MOTION: BENNION: RESPONSE & STRIKE MOTION TO DISMISS - 8

clearly set forth. As Bennion purports himself to be a photographer in the same niche, in the same geographic locale, with a similar if not identical demographic, and Bennion has been alleged and in fact gone to great lengths to malign plaintiff in both a personal and professional capacity for years, well beyond the specific instances cited in this complaint, both Bennion's activities & the allegations of the complaint meet and exceed the required scrutiny to bring this action under the unfair competition statute, which also negates his motion's . Bennion cannot and does not refute any of the specific allegations leveled against him in the complaint, not even once. He attempts to justify them as if they could ever be lawful, which they are not. Lanham Act *does* apply. Examine Bennion's business instagram account for the sole purpose of promoting himself as some sort of professional photographer.[9] This entire account is an advertisement for professional services. Integrated in that is a "highlight" dedicated solely to Bennion's defamation and vendetta against plaintiff. Insofar as that instagram account and its content is a dedicated advertisement of professional services and Bennion therein promotes his narrative against plaintiff, there is no doubt that Bennion actively engages in hostile advertisements against plaintiff that have nothing to do with any legitimate business interest of Bennion's and exists for the sole purpose of unlawfully harassing plaintiff as alleged. Bennion's own publication belies him. All of this same further defeats Bennion's frivolous claims re the California Unfair Competition claim, defeating any request to dismiss that as well.

    Bennion further lies that the complaint doesn't set forth which defendant stated which lie. This is self evident from a summary read of the complaint itself. if the court deems otherwise, leave should be given to amend to specifically credit each statement further to its respective author as plaintiff has retained proofs of same for judgment.

---

[9] https://www.instagram.com/jeffb.photos/

MOTION: BENNION: RESPONSE & STRIKE MOTION TO DISMISS - 9

Bennion seeks a frivolous designation as a "vexatious litigant." He does not disclose that the "prior iterations" of this case are due to the exact same behavior being ongoing - it has never stopped, not even paused. Bennion, in his zeal, continues unabated to raise a mob against plaintiff and therefore the cause of action is ongoing and persistent, not a mere refile of the same acts, and new parties are added as often as their real identity and ability to serve with court documents surfaces. Likewise, the case against Woods Cove was ordered by the state court to be moved to federal court and was thus refiled at court direction, not out of frivolity or harassment as claimed. Mail from the federal court was never delivered to plaintiff, this was the cause for a lack of answer. Plaintiff has sought PACER access herein to avoid a recurrence here.

Bennion raises a false and frivolous claim that remaining claims should be dismissed as this is predicated on the termination of the false advertising and Lanham Act claim which has yet to occur and is unfounded as Bennion's own commercial advertising platform on instagram clearly confirms the complaint filed against him for the very specific violation set forth against Bennion and others in the complaint.

Bennion lies when he claims that plaintiff admits statements of libel to be true. None of the statements Bennion mischaracterizes are material to the counts against each defendant as set forth. Details by plaintiff in footnote are for background context only and Bennion's reliance on background clarification to the court is both desperate and misguided as well as misrepresented in his motion.

Plaintiff *never* "stole images." Images provided gratis for an express stated purpose and used for that purpose are not stolen. Bennion again lies, grasping for straws to avoid the judgment due against him. Not even his false claim that plaintiff lied about using "Lachlan Rotschrek" as an ID under appeal has any merit as if he had left it in context, that ID was presented as accurate at the time issued and in the appeal itself stated it was provided due to issue date as an absolute bar to the unlawful court

MOTION: BENNION: RESPONSE & STRIKE MOTION TO DISMISS - 10

proceeding being appealed, which he also mischaracterized and misrepresented in result to this court, which could soon be separately hearing that same matter.

The fact stated that plaintiff was "kicked out of every large boudoir facebook group" is an odd one for Bennion to latch onto, given the cause for being kicked out is proximal to establishing the damages against Bennion and his peers in this action as it is their libel and misconduct that caused him to be kicked out, not any legitimate concern or activity of plaintiff's, only the hearsay and harassing rhetoric of Connor, Bennion, and their cronies and was stated in the complaint with the intent of use as an aggravating factor for determining damages. As is Bennion's attempt to sidestep the fact that he explicitly accused plaintiff of a nonexistent murder to further these same goals, as set forth in the complaint against Bennion.[10]

Contrary Bennion's conclusion, the stated conspiracy alleged against him and his codefendants is already admitted of record in this case, evidenced by defendant Garrett in her filed Answer detailing collaboration with Bennion and possibly another photographer towards the stated ends of the complaint.

Bennion seeks this court's sanction to continue his incessant criminal stalking and related activities. This is why he requests a bar against future litigation so that he continue his unlawful activities and compel vigilante justice when the courts fail to remedy his misconduct. Bennion ignores the well established fact that ongoing behavior continues to be a new, or in his case, continuing cause of action which can bring the entire sequence of repetitive events back into litigation as long as he continues. Until his behavior ceases and he learns to mind his own business, stop stalking, and stop harassing others he will continue to face lawsuits, criminal investigations, or worse.

---

[10] see attached exhibit B, a true and correct copy of Bennion's advertisements.

MOTION: BENNION: RESPONSE & STRIKE MOTION TO DISMISS - 11

No matter how many lies he tells, Bennion cannot escape accountability for his own improper actions and activities.

Bennion offered no valid factual basis for striking this court's approved IFP.

Bennion has attempted to divert the court's attention as to plaintiff's identity, a routine tactic in his efforts annoy & harass plaintiff. Plaintiff has filed this action in the only identity lawfully recognized at this time within the state of California.[11]

## ARGUMENT

Due process requires service upon all parties and opportunity for those parties to respond in an orderly and respectful fashion. Any attorney admitted at Bar is aware of this fact. Bennion deliberately ignored due process and refused to risk opposition to his lies and misdirection filed under the guise of a moton to dis miss. Bennion did so because he knows he has no possible defense whatsoever in the case at hand.

Instead of refuting the factual or legal basis of the claims against him, Defendant Bennion introduced an overabundance of irrelevant data not under litigation to distract this court. In doing so, Bennion appears to have forgotten where his personal fantasy begins and reality for the rest of us ends and illustrates an alarming degree of professional jealousy and malice.

Bennion ignored and deliberately violated F.R.Civ.P. 5 (a)(1)(D & E) as evidenced on p. 27 of Document 15, the subject motion to dismiss. The motion must be struck from the record for this deliberate misconduct and attempt to "game" the system while plaintiff had no PACER access or means to know an adverse motion was

---

[11] See attached exhibit C.
MOTION: BENNION: RESPONSE & STRIKE MOTION TO DISMISS - 12

filed. For this reason alone, the motion must be denied with prejudice as a bare minimum sanction penalizing this flagrant misconduct by attorney Bennion.

Bennion's only hope lay in a procedural victory and he knew that was a slim hope indeed in this case. He deliberately refused to serve the opposing party, or any party but the court with this motion to dismiss in hopes he that plaintiff would miss it amidst his ongoing efforts to serve the other defendants and Bennion's motion could slip to ruling unopposed - and plaintiff, without PACER access, nearly did miss it, only noticing this filing while researching returns by the marshals. This is a flagrant abuse of court access & deliberate due process violation by Bennion and must be severely penalized. Hubris prevents him resolving this case outside judgment.

This court also needs to consider the lies and abundant and ongoing criminal behavior by Bennion evidenced throughout the rest of his motion. as well as attached.

Bennion lies to this court about the nature of the suit and claims against him and ignores the very specific allegations leveled against him in this case. Bennion attempts to insert other matters altogether that are not alleged in any count of the complaint in an effort to distract the court. None of Bennion's claims have any merit.

## CONCLUSION

It is for these reasons and good cause shown that plaintiff hereby moves this court to:

1) DENY WITH PREJUDICE Defendant Bennion's motion to dismiss for failure to serve the parties as required by law;

2) ORDER the motion and its attached exhibits referred to law enforcement and state and federal Bars for investigation of Jeffrey Mark Bennion's admitted criminal activity;
3) STRIKE the motion from this court record for lack of service;
4) ORDER JUDGMENT or default judgment against JEFFREY MARK BENNION for his failure to answer the complaint as required and in required form;
5) Such other orders as this court deems just and necessary

RESPECTFULLY REQUESTED THIS 1sn DAY OF September, 2024.

/s./ AELLIS D'ARTISAN
*pro se*

obtenebrix@protonmail.com *
(619) 800.2429
%:
5050 Niagara #210
San Diego, CA 92107
(*all* **service to be electronic**)