# EXHIBIT A

From Bennion's
dedicated "Highlights"
defaming & false
advertising against
AEllis D'Artisan
1 of over 40 preserved

Proof conclusive, in
Bennion's own words, &
publication of "conspiracy"

> Aellis ● 3d
>
> **Thank you to the 88 of you who have shared my stories about Lachlan Rotschreck aka Aellis Obtenebrix aka the shittiest photographer who ever picked up a camera.**
>
> Content Interactions    88
> Shares                  88
> Replies                  0

# EXHIBIT B



Handwritten annotations: "Bennion's 'highlights' of unfair competition, defamation, outright lies" with arrow; "?!?" with arrow; arrows pointing to the post.

Post text (Aellis ● 4d, From Create Mode):
"Last year he files a restraining order against his ex fiance. She files a cross restraining order against him.

The case was dismissed.

Because she was murdered."

# EXHIBIT C



# EXHIBIT D



As opened January 2, 2024