## CERTIFICATION OF SERVICE

I, AEllis D'Artisan, hereby certify that I have delivered a copy of the foregoing document to the following parties this 15th day of September, 2024.

CLERK of this court

Jeffrey Mark Bennion
7960 Silverton Ave, Unit 125
San Diego, CA 92126

Theresa Sratton Garrett
120 N Pacific St #J-2
San Marcos, CA 92069

_____
AELLIS D'ARTISAN