Case No.: 24-CV-00017-JO-DEB



# DEFENDANTS ALICIA AND ERIC MILLER'S NOTICE REGARDING DOCUMENT ACCESSIBILITY VIA PACER AND REFUSAL TO USE EMAIL COMMUNICATION

Defendants Alicia Miller and Eric Miller, appearing pro se, submit this Notice to inform the Court and Plaintiff AEllis D'Artisan of the following:

## 1. Plaintiff's PACER Access

Plaintiff has access to all court filings and documents related to this case through the Public Access to Court Electronic Records (PACER) system. Plaintiff's prior filings acknowledge his use of PACER, confirming that he has the capability to review and access all submissions made in this matter.

Given this accessibility, Defendants assert that PACER is a sufficient and reliable method for Plaintiff to receive notice of all filings. This ensures Plaintiff is fully informed while eliminating the need for Defendants to directly serve documents through other means that are vulnerable to misuse.

## 2. Lack of Physical Address and Non-Delivery of Documents

Plaintiff has stated he has no physical address for receiving service, further complicating traditional delivery methods. Despite Defendants' reasonable efforts to serve Plaintiff by certified mail to the last known address, these documents were not successfully delivered, through no fault of Defendants. Plaintiff's failure to provide a stable and reliable address is a direct result of his own choices and evasive conduct.

## 3. History of Harassment and Refusal to Use Email Communication

Plaintiff's extensive and documented history of harassment towards Defendants necessitates Defendants' refusal to communicate with Plaintiff via email. This history includes, but is not limited to:

- Sending unsolicited, threatening, and harassing emails.
- Misusing Defendant Alicia Miller's business inquiry forms to send malicious messages.
- Contacting Defendants through LinkedIn and other professional platforms after being blocked on email.
- Leaving defamatory and false reviews targeting Defendants' professional reputations.

Due to this conduct, both Defendants Alicia Miller and Eric Miller have had Plaintiff's email accounts blocked since 2021. Defendants use their email systems for personal and professional

communication and should not be required to expose themselves to further harassment by unblocking Plaintiff.

Defendants Alicia Miller and Eric Miller will not communicate with Plaintiff via email due to Plaintiff's history of harassment and misuse of contact information. Furthermore, Plaintiff's consistent access to PACER provides a sufficient and reliable method for him to remain informed of all filings in this case.

As pro se Defendants, Alicia and Eric Miller have taken reasonable steps to ensure compliance with procedural requirements while safeguarding themselves from further harassment.

DATED: December 09, 2024

**Respectfully Submitted,**
Alicia Miller
Defendant Pro Se

Eric Miller
Defendant Pro Se