IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF

CALIFORNIA

CIVIL DIVISION

AELLIS D'ARTISAN,

*Plaintiff,*

v.

KELLI MARIE CONNOR OBA KELLI MARIE PHOTOGRAPHY OBA BOUDOIR BY

KELLI, JILL LEUER, ALICIA MILLER, ERIC MILLER, JEFFREY BENNION, SARA

PASTRANO, THERESA STRATTON GARRETT, JOHN DOE(s) 1-100, JANE DOE(s)

1-100,

*Defendants.*



Case No. 3:24-cv-00017-JO-DEB

**DEFENDANT ALICIA MILLER'S MOTION TO DISMISS AND RESPONSE TO**

**PLAINTIFF'S MOTION TO STRIKE**

Defendant Alicia Miller, acting pro se, submits this comprehensive Motion to Dismiss Plaintiff's
baseless claims and Response to Plaintiff's Motion to Strike. This Court should dismiss
Plaintiff's claims with prejudice for their lack of merit and malicious intent. Furthermore,
Defendant requests that this Court deem Plaintiff a vexatious litigant and impose sanctions,
including prefiling restrictions, to end his abusive and fraudulent use of the judicial system.

---

1

## INTRODUCTION

Plaintiff AEllis D'Artisan's history of filing frivolous lawsuits is well-documented and represents a calculated misuse of the judicial system to harass and intimidate innocent individuals. Plaintiff's conduct in this case demonstrates an ongoing pattern of malicious behavior, fraudulent representation, and deliberate evasion of accountability through a web of aliases and deceit. Defendant Alicia Miller requests that this Court exercise its authority to protect the judicial process and the parties involved by granting Defendant's Motion to Dismiss and imposing appropriate sanctions against Plaintiff.

---

## FACTUAL BACKGROUND

1. **Plaintiff's Weaponization of the Legal System** Plaintiff has demonstrated a pattern of weaponizing the legal system to pursue baseless claims and intimidate individuals who have lawfully challenged his actions. Plaintiff's current claims lack factual or legal merit and serve only to perpetuate his cycle of harassment. Notably, in **Case No. 37-2023-00018980-CU-NP-CTL**, Plaintiff was deemed a vexatious litigant, further highlighting his abuse of the judicial process.

2. **Lack of Deficiency in Service of Documents** Defendant has fulfilled all obligations to serve documents to Plaintiff by certified mail to the last known addresses provided by Plaintiff. Any failure on Plaintiff's part to receive these documents is a direct result of his own actions, including frequent address changes and deliberate evasion of accountability.

Plaintiff's pattern of harassment and his failure to maintain consistent and reliable contact information should not be grounds for penalizing Defendant.

Defendant has rightfully refused to send communications to Plaintiff via email due to his long-standing history of harassment, which began in 2021. Plaintiff escalated his harassment by abusing Defendant's business inquiry forms, LinkedIn, and other platforms, culminating in malicious reviews and persistent contact attempts. Plaintiff's emails attached to his Motion to Strike demonstrate his awareness of these blocks and his manipulative tactics, which have caused substantial distress to Defendant. (Exhibit A)

3. **Post-Incarceration Fraudulent Activities and Escalating Harassment** Following his release from incarceration, Plaintiff has not only resumed his pattern of harassment but has escalated it through the adoption of fraudulent aliases and targeted actions designed to intimidate and deceive Defendants. Plaintiff's use of multiple new aliases, including "Conner A. Wyld" and "Jeffrey Mark Bennion," reveals a deliberate effort to mock and target specific Defendants in this case. Each alias is intentionally crafted to appropriate elements of Defendants' identities:

- "Conner" is directly taken from Defendant Kelly Conner's name, showing a clear intent to mock and harass her.

- "Wyld" derives from Defendant Alicia Miller's business names, "Raising Her Wild" and "Her Wild Boudoir," demonstrating Plaintiff's targeted effort to interfere with and tarnish her professional identity.

- "Jeffrey Mark Bennion" is a blatant mimicry of another Defendant's name, highlighting Plaintiff's continued malicious intent to undermine and harm the reputations of those involved.

3

Plaintiff's associated website, **https://jbennion.mypixieset.com**, links directly to his original social media accounts, which include:

- Instagram: https://www.instagram.com/wylde.side.studios
- Twitter: https://x.com/vividvixenphoto
- Pinterest: https://www.pinterest.com/vividvixensphoto/
- TikTok: https://www.tiktok.com/@wylde.side.studios
- Facebook: https://www.facebook.com/vividvixenphoto
- **Phone Number:** The phone number displayed on the site belongs to Plaintiff.

The website's footer credits "Wyld Side Studios" and AEllis D'Artisan, exposing Plaintiff's failure to obscure his identity and further linking his fraudulent activities to Defendants' identities. (See Exhibit B)

4. **Plaintiff's Criminal Record and Established History of Harassment** Plaintiff's criminal record reveals a history of harassment, theft, and violent behavior, including recent incarceration for assault. His conduct in this case mirrors his prior behavior: targeting individuals with baseless claims while engaging in a pattern of harassment and abuse. (Exhibit C)

---

## LEGAL ARGUMENT

## I. PLAINTIFF'S CLAIMS SHOULD BE DISMISSED UNDER RULE 12(b)(6)

Plaintiff's claims fail to state a claim upon which relief can be granted. The allegations are devoid of factual support and do not meet the legal standards required for this Court's consideration. Plaintiff's claims are rooted in his own malicious intent and lack any substantive basis in law or fact.

## II. SANCTIONS ARE WARRANTED UNDER RULE 11

Plaintiff's pattern of filing frivolous lawsuits and harassing Defendants constitutes a flagrant abuse of the judicial process. Defendant requests that this Court impose sanctions under Rule 11 to deter Plaintiff from continuing his misuse of the legal system.

## III. PLAINTIFF SHOULD BE DECLARED A VEXATIOUS LITIGANT

Plaintiff's extensive history of litigation, combined with his fraudulent use of aliases and manipulation of the judicial process, demonstrates that he is a vexatious litigant. Defendant requests that this Court impose prefiling restrictions to prevent Plaintiff from filing further frivolous lawsuits without judicial approval. For example, in **Case No. 37-2023-00018980-CU-NP-CTL**, Plaintiff was deemed a vexatious litigant after filing a nearly identical complaint under a different name, further demonstrating his pattern of bad faith conduct.

Now, Plaintiff's failure to present any legal argument in support of his Opposition underscores the baseless nature of his claims. Plaintiff's assertion of identity under "Aellis D'Artisan" is unsupported and raises serious credibility concerns given his history of filing suits under different aliases. His conduct undermines his standing to bring suit, and his lack of verifiable identity further removes any basis for this Court's subject matter jurisdiction.

## IV. PRAYER FOR RELIEF

WHEREFORE, Defendant Alicia Miller respectfully requests that this Court:

1. Dismiss Plaintiff's claims with prejudice;

2. Impose sanctions against Plaintiff under Rule 11;

3. Declare Plaintiff a vexatious litigant and impose prefiling restrictions;

4. Award Defendants attorney's fees and costs associated with defending against this action;

5. Grant a protective order prohibiting Plaintiff from contacting Defendant directly or indirectly;

6. Investigate Plaintiff's fraudulent aliases and social media activities;

7. Grant such further relief as the Court deems just and proper.

DATED: December 09, 2024

Respectfully Submitted,

Alicia Miller

Defendant Pro Se

**DATED:** December 9, 2024

RESPECTFULLY SUBMITTED,

**Alicia Miller**

Defendant Pro Se

**EXHIBIT A**







## EXHIBIT B

### PERSONAL INFORMATION

| | | | | |
|---|---|---|---|---|
| Booking Nbr: | 24740197 | Date of Birth: | 11/16/1979 | Hair: BRO |
| Last Name: | DARTISAN | Sex: | M | Eyes: BLU |
| First Name: | AELLIS | Race/Ethnicity: | W | Height: 6'04" |
| Middle Name: | | Age: | 44 | Weight: 230 lbs |

### HOUSING LOCATION

| | | | |
|---|---|---|---|
| Facility: | George Bailey Detention Facility | Area/Housing Un... | 3/C |
| Address: | 446 Alta Road, Suite 5300 | City: | San Diego |

*For additional information, please click on specific link listed below*

**Facility Information & Directions**     **Public Visiting Guidelines**     **Visiting Schedule**

### ARREST INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Arrest Agency: | San Diego Police Department | Date Booked: | 09/23/2024 | Time Booked: | 00:06:18 |

### BAIL INFORMATION

Bail Status:   Not Eligible For Release, No Bail

### RELEASE

| | | | |
|---|---|---|---|
| Sentenced? | Yes, Local Custody | Projected Release: | 11/23/2024 |

### CASE / CHARGE INFORMATION

| Case # | Arr | Chg | Code Section | Code Description | *CL | Court | Court Date | Time | *ROC | Bail Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| SCD295831 | 2 | 2 | 245(A)(4) PC | ASSAULT W/FORCE: GBI LIKELY | F | | | | | 0 |

* Note: **CL** - Charge Class (F - Felony, M - Misdemeanor, I - Infraction)
**ROC** - Reason On Calendar













