ERIC MILLER
1982 SUMPTER TR
COLUMBUS, IN
47203

**US POSTAGE IMI** 812041213200437 2000392786
$32.00
SSK
PME
12/13/24  Mailed from 47201  028W2310264

# PRIORITY MAIL EXPRESS®

ERIC MILLER
1982 SUMPTER TRL
COLUMBUS IN 47203-4537

6.36 oz
RDC 07

WAIVER OF SIGNATURE REQUESTED

SCHEDULED DELIVERY DAY: 12/16/24 06:00 PM

SHIP TO:
CLERKS OFFICE US DISTRICT COURT S
333 WEST BROADWAY
SAN DIEGO CA 92101

USPS TRACKING® NUMBER

9570 1065 9441 4348 7263 60

# PRIORITY MAIL EXPRESS®

CLERKS OFFICE U.S. DISTRICT
COURT OF SOUTHERN DISTRICT OF CA
333 W BROADWAY
SAN DIEGO, CA 92101

RECEIVED
DEC 17 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

EP13F October 2023
OD: 12 1/2 x 9 1/2
PS10001000006

**GUARANTEED • TRACKED • INSURED**



PRESS FIRMLY TO SEAL

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

## FOR DOMESTIC AND INTERNATIONAL USE
## PLACE MAILING LABEL HERE

- Guaranteed delivery date.*
- Guaranteed delivery time.†
- USPS Tracking® service included for domestic and many international destinations.
- Pick up available.
- Domestic shipments include $100 of insurance (restrictions apply).**
- Signature included upon request.

*Money Back Guarantee to U.S., select APO/FPO/DPO and select International destinations. See DMM and IMM at *pe.usps.com* for complete details.

**Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

†Money Back Guarantee for U.S. destinations only.

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2







UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.

This package is made from post-consumer waste. Please recycle - again.