

United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

# NOTICE OF DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: | **24-cv-00017-JO-DEB** |
| TITLE: | D'Artisan v. Connor et al |
| FILED DATE: 12/11/2024 | DOCUMENT NOS.: 51 & 52 |
| DOCUMENT TITLE: MOTION for Default Judgment against Defendant Jill Leuer & MOTION for Default Judgment against Defendant Eric Miller | |
| DOCUMENT FILED BY: Aellis D'Artisan | |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

OTHER:

Request for clerk's entry of default is to be entered by Clerk of Court prior to filing a motion seeking default.

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document will remain as filed despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| ☐ | The Clerk is directed to MODIFY the docket text of the filed document to the following:<br>[Click here] |
| ☒ | The document is REJECTED. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |
| ☐ | Rejected documents shall be returned to pro se filer. |

Any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: December 18, 2024     CHAMBERS OF: The Honorable Jinsook Ohta

By: _____

cc: All Parties