AEllis D'Artisan
(no physical address capable of actual delivery at this time)
obtenebrix@protonmail.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# SAN DIEGO

| AELLIS D'ARTISAN,                                                                                                                                                                                                                                    | Case No.: **24-CV-00017-JO-DEB**                                          |
|---|---|
| Plaintiff,<br>vs.<br>KELLI MARIE CONNOR DBA KELLI MARIE PHOTOGRAPHY DBA BOUDOIR BY KELLI, JILL LEUER, ALICIA MILLER, ERIC MILLER, JEFFREY BENNION, SARA PASTRANO, THERESA STRATTON GARRETT, JOHN DOE(S) 1-100, JANE DOE(S) 1-100,<br><br>Defendants. | **REQUEST FOR ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANT ERIC MILLER** |

Plaintiff hereby requests the court determine damages and enter default judgment Eric Miller under F.R.Civ.P 55(B)(2) and offers the following good cause:

Defendant Eric Miller has been timely served with the First Amended Complaint as evidenced by documents 17 & 20 of record. This defendant has not deigned to respond or appear in any way whatsoever in this proceeding.

By rule and law the defendant has admitted by default every allegation made against him by and through his refusal to appear and answer before this court.

Further, additional material evidence is available, as well as plaintiff's testimony in person or by sworn declaration, in order to determine appropriate damages. The only matter outstanding against this defendant now in this court is to determine the damages to award and enter final judgment against this defendant.

Entry of Default has been requested of the Clerk December 11, 2024[1].

The sum is not certain and requires discretion of the court or jury to determine.

Therefore it is for good cause shown:

RESPECTFULLY REQUESTED THIS 11th DAY OF December, 2024.

*AEllis D'Artisan*

_____
/s./ AELLIS D'ARTISAN
*pro se*

obtenebrix@protonmail.com *
Transient, no physical address capable of actual delivery at this time
**(all service to be electronic)**

---

[1] Document 50

MOTION: DEFAULT vs. E.MILLER - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY delivery of the foregoing to the following parties this 11th day of December, 2024:

PACER participant users will be served by the court's CM/ECF system;

ORIGINAL to the clerk & COPY to:

A Miller & E Miller
1982 Sumter Tri
Columbu, IN 47203

T Garrett
120 N Pacific St #J-2
San Marcos, CA 92069

J Leuer
7502 Sterling Dr
Fredericksburg, VA 22407

/s. *AEllis D'Artisan*