# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# SAN DIEGO

| | |
|---|---|
| AELLIS D'ARTISAN,<br><br>　　　　Plaintiff,<br>vs.<br>KELLI MARIE CONNOR DBA KELLI MARIE PHOTOGRAPHY DBA BOUDOIR BY KELLI, JILL LEUER, ALICIA MILLER, ERIC MILLER, JEFFREY BENNION, SARA PASTRANO, THERESA STRATTON GARRETT, JOHN DOE(S) 1-100, JANE DOE(S) 1-100,<br><br>　　　　Defendants. | Case No.: **24-CV-00017-JO-DEB**<br><br>**REPLY TO ALICIA MILLER'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE ANSWER OF ALICIA MARIE MILLER** |

　　　Plaintiff AEllis D'Artisan, *pro se*, hereby respectfully replies to this court regarding defendant Alicia Miller's complete falsehood filed as a "RESPONSE TO PLAINTIFF'S MOTION TO STRIKE," Document 58, filed December 17, 2024, and provides the following extremely good cause for this court to deny this frivolous and false motion outright.

## MEMORANDUM OF POINTS AND AUTHORITIES

## FACTUAL BACKGROUND

June 18, 2024 this court authorized the first amended complaint in this action to proceed *in forma pauperis* and to be served upon all defendants.

Defendant Alicia Marie Miller was served by federal marshal in August.

Defendant Alicia Marie Miller filed an answer not in any proper form and fraught with outright falsehoods, on information and belief sans the required verification on September 3, 2024.

Defendant Alicia Marie Miller did NOT serve by email or other means delivery any copy of that same upon the plaintiff as required by law.

Plaintiff is not in receipt of any document related that filing and hasn't seen it.

Plaintiff *DOES NOT* have access to these documents via PACER.

Alicia Miller has not done her duty as *required by law* to serve them upon plaintiff under any legal fact or theory.

Plaintiff has twice by email and once by phone contacted Alicia Miller to obtain a copy and has received no answer or response.[1]

Plaintiff has had no opportunity to review any alleged "Counterclaim" and answer any such frivolous matter, nor has any such claim been served upon plaintiff as required by FRCP 3.110(c).

It is well established and recognized fact that a verified complaint *requires* a verified answer and the failure to submit a verified answer is an admission of every allegation of the complaint.

---

[1] proofs of this contact attempt are attached to plaintiff's Motion to Strike Alicia Miller's unserved response.

MOTION: A. MILLER: RESPONSE TO MOTION TO DISMISS BY A MILLER - 2

Alicia Marie Miller has not delivered any copy of the related pleadings, effect service, or communicate in any way with plaintiff since filing her ex parte "answer and counterclaim" submitted to this court September, 2024.

Alicia Marie Miller *has* declared she will not serve the plaintiff or communicate as required by law to pursue litigation.

The only parties with "malicious intent" from inception of the cause(s) of this proceeding to this very day, are the defendants, Alicia Marie Miller included.

Alicia Marie Miller has as matter of law already admitted in full every fact set forth against her in the verified complaint.[2]

## ARGUMENT

The court has now seen the true seminal problem of this case, the unifying characteristics shared by all named defendants: extreme hubris, contempt of law, & deliberate violation(s) of law(s) & other person(s) rights.

Defendant Alicia Miller has, prior to filing this frivolous and wasteful response already waived all defenses and admitted responsibility in full, as a matter of law, for every allegation plead against her in the FAC. She cannot now claim otherwise, and still offers no sworn testimony or other proof of any of the lies she passed to the court under the guise of this response.

Alicia Miller has not refuted plaintiff's grounds & request for this court to strike her unserved answer and counterclaim, Instead she has boasted that she *will not*

---

[2] F.R.Civ.P. 8 (b)(6) : An allegation is admitted if a responsive pleading is required and the allegation is not denied. Verified First Amended Complaint filed, no verified response known to be filed.
MOTION: A. MILLER: RESPONSE TO MOTION TO DISMISS BY A MILLER - 3

serve or attempt alternate service, even when plaintiff would have accepted it without charge or expense to her![3]

Alicia Miller has admitted every fact necessary to sustain the motion to strike against her as requested by plaintiff.

Further, because Miller has refused to abide by the most basic of court Rule & Procedure (service of documents upon the opposition & basic communication[4]), & as a matter of law has already admitted everything alleged against her, she cannot be permitted to continue to flout the court and its rules as a pro se litigant. If she wishes to contest any further proceeding, such as the amount of damages to be awarded against her, she must obtain counsel who will abide by the rules of the court, its procedures, standard litigation practice (which necessitates some communication of key documents and matters, contrary her presumption) or simply accept all adverse findings against her as an appropriate sanction for telling the court off regarding its most basic and fundamental rules of process and service. If she refuses to obtain counsel who will abide by law and court rule & process, she must accept all adverse rulings *in absentia* in consequence of telling this court she will not comply & serve.

---

[3] Due the death threats she and her husband have leveled against plaintiff, it is reasonable to question whether he would give them his own address, and they clearly shouldn't have it if he had one.

[4] Her allegation she and her codefendant "blocked" plaintiff was never before known to plaintiff and was never even suspected in light of their repetitive and continual harassments. It also sounds false in light of her changing those emails when they moved from Texas to Iowa and apparently rebranded to separate themselves from their misdeeds in Texas which initiated this litigation.

MOTION: A. MILLER: RESPONSE TO MOTION TO DISMISS BY A MILLER - 4

It is for these reasons and good and lawful cause shown that plaintiff hereby moves this court to:

1) GRANT the Motion to Strike;
2) ORDER STRIKING ANY COUNTERCLAIM filed by Alicia Marie Miller & never served on plaintiff;
3) ORDER STRIKING ANY ANSWER filed by Alicia Marie Miller & never served on plaintiff;
4) ORDER JUDGMENT or default judgment against Alicia Marie Miller;
5) ORDER defendant Alicia Miller to appear in all further proceedings by and thru counsel who will abide by this court's established rule and process(es);
6) ORDER additional proceedings against Alicia Marie Miller for the sole purpose of determining the damages to be entered against this defendant.
7) Any other order this court deems in the interests & necessity of justice.

RESPECTFULLY REQUESTED THIS 20th DAY OF December, 2024.

*AEllis D'Artisan*

_____
/s./ AELLIS D'ARTISAN
*pro se*

obtenebrix@protonmail.com *
Transient, no physical address capable of actual delivery at this time
**(all service to be electronic)**

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY delivery of the foregoing to the following parties this 20th day of December, 2024:

PACER participant users will be served by the court's CM/ECF system;

ORIGINAL to the clerk & COPY to:

A Miller & E Miller
1982 Sumter Tri
Columbu, IN 47203

T Garrett
120 N Pacific St #J-2
San Marcos, CA 92069

J Leuer
7502 Sterling Dr
Fredericksburg, VA 22407

/s. *AEllis D'Artisan*