AEllis D'Artisan
c/o: 5050 Niagara #210
San Diego, CA 92107
(619) 800.2429
obtenebrix@protonmail.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# SAN DIEGO

| AELLIS D'ARTISAN, | Case No.: **24-CV-00017-JO-DEB** |
|---|---|
| Plaintiff, | |
| vs. | |
| KELLI MARIE CONNOR DBA KELLI MARIE PHOTOGRAPHY DBA BOUDOIR BY KELLI, JILL LEUER, ALICIA MILLER, ERIC MILLER, JEFFREY BENNION, SARA PASTRANO, THERESA STRATTON GARRETT, JOHN DOE(S) 1-100, JANE DOE(S) 1-100, | **RESPONSE TO ALICIA MILLER'S MOTION TO DISMISS** |
| Defendants. | |

Plaintiff AEllis D'Artisan, *pro se*, hereby respectfully responds to this court regarding defendant Alicia Miller's complete falsehood filed as a "Motion to Dismiss," Document 58, filed December 17, 2024, and provides the following extremely good cause for this court to deny this frivolous and false motion outright.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

## **FACTUAL BACKGROUND**

June 18, 2024 this court authorized the first amended complaint in this action to proceed *in forma pauperis* and to be served upon all defendants.

Defendant Alicia Marie Miller was served by federal marshal in August.

Defendant Alicia Marie Miller filed an answer not in any proper form and on information and belief sans the required verification on September 3, 2024.

Defendant Alicia Marie Miller did NOT serve by email or other means delivery any copy of that same upon the plaintiff as required by law.

Plaintiff is not in receipt of any document related that filing and hasn't seen it.

Plaintiff *DOES NOT* have access to these documents via PACER.

Alicia Miller has not done her duty as *required by law* to serve them upon plaintiff under any legal fact or theory.

Plaintiff has twice by email and once by phone contacted Alicia Miller to obtain a copy and has received no answer or response.[1]

Plaintiff has had no opportunity to review any alleged "Counterclaim" and answer any such frivolous matter, nor has any such claim been served upon plaintiff as required by FRCP 3.110(c).

It is well established and recognized fact that a verified complaint *requires* a verified answer and the failure to submit a verified answer is an admission of every allegation of the complaint.

---

[1] proofs of this contact attempt are attached to plaintiff's Motion to Strike Alicia Miller's unserved response. Her phone rang, when called from a number she did not have, further evidence she is lying in her standard hubris as a voicemail was left at that time urging hdf to consult an "actual attorney" & then respond to plaintiff before he filed to strike & enter maximum judgment. She had abundant advance notice to settle or correct her misfiling but as her own pleading indicates felt herself, her desires, & her intentions "Above the law," as Bennion would boast & has tainted his outlook & anyone who listens to him.

MOTION: A. MILLER: RESPONSE TO MOTION TO DISMISS BY A MILLER - 2

Alicia Marie Miller has not delivered any copy of the related pleadings, effect service, or communicate in any way with plaintiff since filing her ex parte "answer and counterclaim" submitted to this court September, 2024.

Alicia Marie Miller has now declared she will not serve the plaintiff or communicate as required by law as a pro se litigant.

The only parties with "malicious intent" from inception of the cause(s) of this proceeding to this very day, are the defendants, Alicia Marie Miller included.

Alicia Marie Miller has as a matter of law already admitted in full every fact set forth against her in the verified complaint.[2]

## ARGUMENT

The court has now seen the true seminal problem of this case, the unifying characteristics shared by all named defendants: extreme hubris, contempt of law, & deliberate violation(s) of law(s) & other person(s) rights, believing themselves "above the law"[3] & unaccountable. This must be remedied.

This is an action predicated entire on the *harassment of plaintiff by defendants* & their cohorts. It was dumbfounding to hear such a novel allegation from a defendant in this case, and this defendant in particular, who with her husband proved quite determined for months to harass & threaten the very life of plaintiff out of pure malice, to now claim the exact opposite to this court.[4]

---

[2] F.R.Civ.P. 8 (b)(6) : An allegation is admitted if a responsive pleading is required and the allegation is not denied. Verified First Amended Complaint filed, no verified response known to be filed.

[3] Bennion boasts editor duties for this magazine & has clearly let it corrupt his thought patterns. It pervades every aspect of his practices in all venues.

[4] See attached examples of the repetitive & determined harassments by this defendant and her husband, which when initially ignored by plaintiff escalated to recurring phoned & SMS threats of injury and death by Eric Miller against plaintiff, examples of which were shared with the Marshalls in advance of their service

Based on her own motion & declaration to this court, this defendant cannot be permitted to continue to litigate pro se & must be ordered to procure counsel who will abide by extant Rules & Procedures of this Court. This defendant has without exception declared she will not engage in the required discovery & other required litigation activities by virtue of her supposed refusal to communicate with plaintiff out of spite. If there were an iota of truth to her claim that she and her husband were *ever* "harassed" or "threatened" (*their* exact activities toward plaintiff at all times) she could no doubt have produced a single document proving the same, much as plaintiff has produced a sample to this court of the overwhelming evidence against this defendant for the exact behaviors, in reverse, of those she now claims.

It is impossible for this defendant Alicia Miller to proceed *pro se* in this action while ignoring & claiming not to receive plaintiff's Interrogatories, Demands to Produce, Requests for Admissions, & other related discovery activities, not to mention having an opportunity to reduce her & her codefendant husband's tremendous liability exposure for the misdeeds cited in this litigation.

Plaintiff denies, against this defendant as well as every other, all & every allegation raised in this and any other motion to dismiss filed & of record to this date. There is not an iota of truth to each and no legal basis for relief on *any* claim raised via any defendants' motion(s) to dismiss. This defendant is no exception.

Defendant Alicia Miller has, prior to filing this frivolous and wasteful motion to dismiss, already waived all defenses and admitted responsibility in full, as a matter of law, for every allegation plead against her in the FAC. She cannot now claim

---

attempts given his ready access to military grade weapons capable of following thru on these felonious criminal threats and harassments that are part and parcel of their liability in this very action.

MOTION: A. MILLER: RESPONSE TO MOTION TO DISMISS BY A MILLER - 4

otherwise, and still offers no sworn testimony or other proof of any of the lies she passed to the court under the guise of this motion to dismiss.[5]

Instead, Alicia Miller has attempted, at the urging of her codefendant Bennion, to rehash his old and worn false claims of misuse of judicial process & questioning plaintiff's identity to distract the court because there are huge gaps in their stalking efforts to backtrace plaintiff. The court should consider, that if plaintiff were even a fraction of the violent monster that Bennion et al. purport, why would he waste his time in court availing himself of lawful methods of redress? No one yet seems to question or dispute his training or capacity for extreme violence. The court should also consider that if, as is becoming so prevalent in other sectors within California, what will a reasonable person do, when unreasonably denied lawful redress thru the courts? In the instant case, Alicia Miller and her husband, previously presumed due his behavior to be a career felon, have consistently and repetitively threatened plaintiff's health, safety, and life, sometimes in explicit lethal detail. If the courts refuse to provide lawful redress, their sole purpose, by what means is a citizen to guarantee their own safety and survival in the face of such acts?

Alicia Miller has the capacity to access military weapons thru her codefendant Eric Miller, and both repeatedly threatened by phone, text, & associates to shoot, kill, hunt, and otherwise assault & harm plaintiff. They have the means, and presumably some military training with which to do so. Yet plaintiff has not responded in kind and they cannot produce a single shred of evidence to the contrary, while plaintiff can evidence their constant harassments and death threats, most issued by Eric Miller in

---

[5] Interesting to note she claims the complaint, which she has admitted in full, is "fraudulent," in the very document she attempts to herself defraud this court, on the advice and urging of her desperate codefendant Jeffrey Bennion, himself purporting to be an attorney but a chief miscreant & organizer against plaintiff in this action who himself has gone so far as to personally interfere with plaintiff's private personal romantic life and to arrange arson of plaintiff's romantic interest's mother's home in an effort to frame plaintiff and thereby end this litigation by default, an act still under investigation but increasingly evident was an attempt to frame plaintiff.

MOTION: A. MILLER: RESPONSE TO MOTION TO DISMISS BY A MILLER - 5

conjunction with Alicia Miller's threats & harassments.[6] If the courts will impede lawful redress or refuse to grant it, is it not reasonable for an injured party to seek justice by other means - especially when that person's life has repeatedly been explicitly threatened by these parties?

Further, Alicia Miller knows *nothing* of the facts of cases which she cites. She is merely parroting the garbage spewed by codefendant Bennion, telling her to press such and such talking point he raised in his efforts to distract the court from.his own extreme & ongoing misconduct. Her false claims should be disregarded, especially in light of Bennion's personal grudge and vendetta with plaintiff even before this action, and his personal involvement (& outright perjury) in those matters she cites claiming there was "abuse of the judicial process." If plaintiff cannot avail himself of remedy thru the courts, the only avenue remaining to protect his lawful rights and interests, in light of Alicia & Eric Millers' extreme threats of violence, is to neutralize their threats.

Miller's motion is, at best, hard to follow, lacks any factual basis or narrative, is disjointed and nonsensical, seeming to be focused entire on advocating for her codefendant Bennion in his worn out contrivances & falsehoods.

Miller's extreme hubris, & ignorance, is apparent on several points in this nonsensical and baseless motion to dismiss. If she simply minded her own business and led a productive life of her own, rather than continuing to engage in harassing and stalking behaviors in league with codefendant Bennion, she might not require judgment.

As matters stand, Miller's outrageous claims that "Wyld" derives from anything remotely related to her or her activities whatsoever, when plaintiff was unaware until this filing that Alicia Miller was even pretending to engage in boudoir photography

---

[6] E.g. attached evidence of only one of their several determined harassments of plaintiff, wherein they implicitly lie about having transacted as a client with plaintiff under the platform's terms of service.

under any moniker, again shows her hubris,[7] as do all of her other insinuations.[8] There is nothing "fraudulent" about plaintiff's activities. The only fraud is perpetrated by those continually harassing him. If they wanted this lawsuit to end, they would cease *all* of their activities, apologize, settle, and go their separate way. Instead, these defendants have made it their personal life goal to provoke ever escalating violence against plaintiff in their unending attempts to be able to say "see I told you he is a bad person."

The reality is that plaintiff was in fact a very highly trained, skilled, and effective weapon. He was trained from a very young age for the majority of his life for such purposes. These fools now try to provoke a display of those supposed & highly speculated abilities by and thru their own illegal activities in the vain hope that they will be vindicated in having ever harassed and maligned him in the first place. They clearly haven't thought thru any likely logical chain of events should they be successful in these unending efforts at escalating harassment & provocations.

---

[7] As shared with US Marshalls for service, only her "family friendly" maternity photography was known to plaintiff, who had every reason to believe she had abandoned the boudoir niche in which she has little skill or competency. Her self styled brand is not a registered business entity and was unknown to plaintiff and didn't have an iota to do with any branding activities of plaintiff, who shouldn't have to reinvent himself to avoid unlawful stalking and harassment by this defendant or her codefendants, who seem determined to drive plaintiff into a violent reprisal for their unending violent harassments. The fact she is so widely informed indicates the lengths to which these desperate defendants go to stalk & harass plaintiff even now that they are being sued for infractions plaintiff has them dead to rights, and they know he does. In reality, plaintiff has hundreds of valid legal claims against these parties & seeks to save everyone time and use clear cut examples to establish guilt then introduce aggravating evidence of their systematic lunacy in harassing him without cause rather than living their own lives & conducting legitimate business.

[8] The sole exception is a reference to the criminal Jeffrey Bennion. Given Bennion's constant evidenced unhealthy fixation on plaintiff, and Bennion's attempt to arson plaintiff's then girlfriend's mother's home, in his attempt to frame plaintiff for a violent felony that should in effect end this litigation and vindicate Bennion's criminal activities in the public eye. Plaintiff is in fact mocking Bennion's stalking and harassments, and upon advice of another attorney that despises Bennion and his unethical behaviors, plaintiff thought it humorous to have Bennion badmouth himself for a change with his malingering rather than harass or interfere or even know plaintiff's actual activities, for which Bennion tried to insinuate himself into plaintiff's romantic personal life in a desperate effort to seek valid information about plaintiff and his activities, which Bennion still lacks. If Bennion had an iota of sense he would have left plaintiff alone rather than unlawfully stalking and harassing him in an effort to escalate the violence Bennion incites & seeks.

MOTION: A. MILLER: RESPONSE TO MOTION TO DISMISS BY A MILLER - 7

Miller knows nothing of plaintiff's supposed "criminal record." The "incarceration" she references was the result of criminal activity incited by her co defendant, Bennion & an angry client of his under extreme narcotics. The same Bennion & client who attempted to frame plaintiff for arson & incited other acts against plaintiff thru his lies. She provides no facts, no basis, only unfounded conclusions that are self apparent as false. She lies that this had anything to do with a nonexistent "assault" or "harassment."[9] Bennion et al. are the only harassing parties.[10]

Alicia Miller states unfounded conclusions that are meritless in light of the fact that she has already admitted fault in full by failing to file a proper verified response as required by law. She doesn't even make any effort to claim otherwise, amend her response, or deliver it to plaintiff as required. She has waived any right or opportunity to whatever counterclaim she frivolously asserted and the court as a matter of law must dismiss that outright for failure to serve.

Further, as a matter of law, the court must accept Alicia Miller's failure to respond to the *verified* FAC in the form and manner required by law as a factual admission of every allegation against her. This undermines her codefendants and their claims as well, but in regards to her motion to dismiss, it robs her of any standing to

---

[9] In reality, that arrest was the result of three armed burglars who, high on several illegal narcotics, broke into plaintiff's home, claim they were promised "safety from charges" by Bennion as an attorney, who finding themselves trapped inside while plaintiff called 911 for a burglary in progress, conspired to sell a story to police so improbable charges weren't even filed. Police arrested plaintiff to "cool him off" when he insisted on having all three criminals arrested for burglary, aggravated assault with a deadly weapon, & other charges even after he learned his exgirlfriend was among them - over an hour later. They broke into his home with violence, assaulted him with weapons, and this was not the first time one of them had violently assaulted plaintiff with a weapon. Plaintiff was absolutely within his rights to demand their arrest. But there were three liars, against his word and video the police refused to review that night despite knowing it was plaintiff's undisputed residence.

Unlike that incident, this case isn't eight or more liars against plaintiff. Plaintiff has maintained records of these miscreants and their ongoing illegal activities. There will be no opportunity for the Millers to escape by turning the tables as plaintiff's exgirlfriend did on Bennion's alleged advice. Plaintiff no longer shelters that mentally ill extreme drug addict who has returned to her prostitution and criminal habits like a dog to its vomit.

[10] "Impersonation": plaintiff has *no* "TikTok" due privacy concerns, & other accounts are not his. It is interesting to note that someone tries go block rebranding attempts by grabbing curls & social media tags to prevent uniform branding, again illustrating a very disturbing level of fixation & stalking of plaintiff by these defendants.

assert any claim whatsoever. There is nothing "frivolous" about plaintiff's claims when as a matter of law, she has admitted everything alleged against her. There is therefore no basis to seek plaintiff be declared a "vexatious litigant" since she herself admitted the allegations are true. There are no grounds for sanctions in light of her prior admission of everything alleged against her. And again, in light of her own admissions of record by & thru her failure to file any valid or proper response to the verified FAC, there is no basis to seek any"vexatious litigant" declaration, *especially* when the Millers's admitted misconduct is and remains ongoing!

    Alicia Miller rehashes baseless lies she has no personal knowledge of whatsoever - exactly what hundreds of fools have done to give rise to this very action. The difference between her and them is most of them continue to hide behind anonymous online monikers and are unable to be adequately identified and located for legal service. Legal service like that which Alicia Miller believes she is above fulfilling even though it is one of the most basic established tenets of due process. Like her codefendants, Alicia Miller doesn't believe she has to obey the law or follow the law, and that is why they are before this court. To be adjudged for that exact error. It is not sufficient that she "tried." She was informed and aware from the outset that she could and should email all documents to plaintiff.[11] Miller also lies in her assertion that plaintiff having been granted PACER access means he has those documents or access at will to them. He does not. As a non-attorney, plaintiff's PACER access is limited to those specific documents he is provided a link to since that access was established, nothing earlier, and to file new documents. Plaintiff cannot even view the entire case docket with document numbers without assistance from the clerks as that is a "search" function within PACER denied nonattorneys. If Miller were to receive such access she would be aware of such limitations but her second hand knowledge is

---

[11] Even the FAC & summons on their face indicated plaintiff would accept service by email, a courtesy offered for convenience that overcomes all recalcitrant & false claims by Miller.

MOTION: A. MILLER: RESPONSE TO MOTION TO DISMISS BY A MILLER - 9

derived from information she receives from codefendant Bennion, who has full access to PACER as an attorney. Plaintiff can't even pay PACER for the documents in question, he would have to seek them from the clerk, when it is Miller's requirement to serve a copy free of charge upon plaintiff, a required duty she expressly declares she will not do. Nor will she engage in other required discovery activities.

Because Miller has historically refused to abide by the most basic of court Rule & Procedure (service of documents upon the opposition & basic communication[12]), & as a matter of law has already admitted everything against her, she cannot be permitted to continue to flout the court and its rules as a pro se litigant. If she wishes to contest any further proceeding, such as the amount of damages to be awarded against her, she must obtain counsel who will abide by the rules of the court, its procedures, standard litigation practice (which necessitates some communication of key documents and matters, contrary her presumption) or simply accept all adverse findings against her as an appropriate sanction for telling the court off regarding its most basic and fundamental rules of process and service. If she refuses to obtain counsel who will abide by law and court rule & process, she must accept all adverse rulings *in absentia* in consequence of telling this court she will not comply & serve.

---

[12] Her allegation she and her codefendant "blocked" plaintiff was never before known to plaintiff and was never even suspected in light of their repetitive and continual harassments. It also sounds false in light of her changing those emails when they moved from Texas to Iowa and apparent rebranding to separate themselves from their misdeeds in Texas which initiated this litigation against them. This is why they weren't served pin previous litigation. They were hiding.

It is for these reasons and good and lawful cause shown that plaintiff hereby moves this court to:

1) DENY the frivolous & baseless Motion to Dismiss by Alicia Miller;
2) ORDER JUDGMENT or default judgment against Alicia Marie Miller;
3) ORDER STRIKING ANY COUNTERCLAIM filed by Alicia Marie Miller & never served on plaintiff;
4) ORDER STRIKING ANY ANSWER filed by Alicia Marie Miller & never served on plaintiff;
5) ORDER defendant Alicia Miller to appear in all further proceedings by and thru counsel who will abide by this court's established rule and process(es);
6) ORDER additional proceedings against Alicia Marie Miller for the sole purpose of determining the damages to be entered against this defendant.
7) Any other order this court deems in the interests & necessity of justice.

RESPECTFULLY REQUESTED THIS 19th DAY OF December, 2024.

*AEllis D'Artisan*

/s./ AELLIS D'ARTISAN
*pro se*
obtenebrix@protonmail.com *
Transient, no physical address capable of actual delivery at this time
**(all service to be electronic)**

# CERTIFICATION OF SERVICE

I HEREBY CERTIFY delivery of the foregoing to the following parties this 19th day of December, 2024:

PACER participant users will be served by the court's CM/ECF system;

ORIGINAL to the clerk & COPY to:

A Miller & E Miller
1982 Sumter Tri
Columbu, IN 47203

T Garrett
120 N Pacific St #J-2
San Marcos, CA 92069

J Leuer
7502 Sterling Dr
Fredericksburg, VA 22407

/s. *AEllis D'Artisan*

# EXHIBIT 1

**Mark W.**     December 21, 2021
★ ☆ ☆ ☆ ☆

This review has been removed for violating our Terms of Service

Reviewed on Yelp

---

**Eric M.**     December 16, 2021
★ ☆ ☆ ☆ ☆

This review has been removed for violating our Terms of Service

Reviewed on Yelp

---

**Eric M.**     November 22, 2021
★ ☆ ☆ ☆ ☆

This review has been removed for violating our Terms of Service

Reviewed on Yelp

---

**Alicia M.**     November 19, 2021
★ ☆ ☆ ☆ ☆

This review has been removed for violating our Terms of Service

Reviewed on Yelp

---

**Eric M.**     November 19, 2021
★ ☆ ☆ ☆ ☆

This review has been removed for violating our Terms of Service

Reviewed on Yelp

---

      ‹    **1**    2    ›