UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO

| AELLIS D'ARTISAN, | Case No.: **24-CV-00017-JO-DEB** |
|---|---|
| Plaintiff, | |
| vs. | |
| KELLI MARIE CONNOR DBA KELLI MARIE PHOTOGRAPHY DBA BOUDOIR BY KELLI, JILL LEUER, ALICIA MILLER, ERIC MILLER, JEFFREY BENNION, SARA PASTRANO, THERESA STRATTON GARRETT, JOHN DOE(S) 1-100, JANE DOE(S) 1-100, | **RESPONSE TO ERIC MILLER'S MOTION TO DISMISS** |
| Defendants. | |

Plaintiff AEllis D'Artisan, *pro se*, hereby respectfully responds to this court regarding defendant Eric Miller's complete falsehood filed as a "Motion to Dismiss," Document 57, filed December 17, 2024, and provides the following extremely good cause for this court to deny this frivolous and false motion outright.

# MEMORANDUM OF POINTS AND AUTHORITIES

## FACTUAL BACKGROUND

Plaintiff AEllis D'Artisan has been wholly unable to view the "motion to dismiss," document 57, filed by this defendant. Attempts to access it result in an error message that up to know only related to "search queries": "Your PACER account has been disabled."[1] Plaintiff is wholly unable to view and is not in receipt of any such document as required by Rule & Law. Note also this same defendants' filed declaration (document 53) refusing to provide plaintiff a copy of any record despite the requirements of FRCP 3.110(c).

Plaintiff has had no opportunity to review this motion to dismiss at this time & has relied upon the frivolous & false parallel filing of Alicia Miller for this response.

Eric Miller has declared he will not serve the plaintiff or communicate as required by law as a pro se litigant.

The only parties with "malicious intent" from inception of the cause(s) of this proceeding to this very day, are the defendants, Eric Miller included.

Eric Miller has waged a personal campaign of threats and harassment agaisnt plaintiff that included threats to "shoot," "shoot you when you open the door," "beat up," "beat the shit out of until you can't even crawl," and "kill you where you stand."

Eric Miller has since 2021 threatened to come to plaintiff's residence to fulfill these threats in person.

Other persons have duplicated Eric Miller's threats in close temporal proximity to his own threats and by same mediums: phone call, text, and voicemail messages.

---

[1] PACER help is "unavailable" and a screenshot was not obtainable to attach here. There is no known reasonable explanation. Calls to the clerk's office did not result in a courtesy copy, only in "contact PACER," which was done, see exhibit 2, attached. This motion is filed nonetheless with a request for leave to amend or responde anew once plaintiff has seen the actual motion to dismiss filed by this defendant.

Eric Miller claims to do so on behalf of Alicia Miller's photography interests.

## ARGUMENT

The court has witnessed the true seminal problem of this case, the unifying characteristics shared by all named defendants: extreme hubris, contempt of law, & deliberate violation(s) of law(s) & other person(s) rights, believing themselves "above the law"[2] & unaccountable. This must be remedied.

This entire action is predicated on the obvious *harassment of plaintiff by defendants* & their associates. This defendant in particular proved quite determined for many months to harass & threaten the very life of plaintiff out of pure malice. Not only did he repeatedly lie & violate terms of service on various online forums to annoy, harass, & criminally threaten plaintiff, he was so determined in his pursuit of this criminal and civilly liable activity that he renewed his harassments each and every time those platforms removed his hateful activity with determined persistence.[3]

Without even the opportunity to read the motion by Eric Miller, still not yet served on plaintiff, Plaintiff denies, against this defendant as well as every other, all & every allegation raised in this and any other motion to dismiss filed & of record to this date. There is not an iota of truth to each and no legal basis for relief on *any* claim raised via any defendants' motion(s) to dismiss. This defendant is no exception.

Based on his own filed declaration to this court[4], this defendant cannot be permitted to continue to litigate pro se & must be ordered to procure counsel who will

---

[2] Bennion boasts editor duties for this magazine & has clearly let it corrupt his thought patterns. It pervades every aspect of his practices in all venues.
[3] See attached examples, the smallest and most civil of his extensive threats & harassments against plaintiff, many of which remain published and posted to this day.
[4] Document 53.

MOTION: A. MILLER: RESPONSE TO MOTION TO DISMISS BY A MILLER - 3

abide by extant Rules & Procedures of this Court. This response is incomplete and cannot address any single point raised with specificity because plaintiff hasn't seen the document, PACER support has been unavailable to ascertain the issue, and defendant refuses to provide a copy any other way.

This defendant has without exception declared he will not engage in the required discovery & other required litigation activities by virtue of his refusal to communicate with plaintiff out of spite. Eric Miller cannot and will not produc a single document indicating harassment by plaintiff because no such record ever existed. Eric Miller has personally been one of the most resolute and determined, behind Jeffrey Bennion himself, in stalking and harassing plaintiff.[5]

It is impossible for this defendant Eric Miller to proceed *pro se* in this action while ignoring & claiming not to receive plaintiff's Interrogatories, Demands to Produce, Requests for Admissions, & other related discovery activities, not to mention having an opportunity to reduce her & her codefendant husband's tremendous liability exposure for the misdeeds cited in this litigation.

Eric Miller has no doubt, like his codefendant wife Alicia Miller, and the urging of their codefendant Bennion, attempted to rehash some form or Bennion's old and worn false claims of misuse of judicial process & questioning plaintiff's identity to distract the court because they have nothing else to defend their misconduct. They are dead to rights and they know it, and they know they have no hope of prevailing unless they can sideline this court's attention on a nonissue.

This defendant does however present an interesting side consideration for this court: of all the named defendants, this one has been the most direct in violence in his harassment of plaintiff, issuing repeated clear and explicit threats against plaintiff's life & safety. Given his military status and access to hardware, and his clearly volatile

---

[5] One might wonder if their female companions are jealous of the obvious fixation and attention these two have for plaintiff as it must seriously detract from their opportunities to pay them attention.

MOTION: A. MILLER: RESPONSE TO MOTION TO DISMISS BY A MILLER - 4

mentality, this court should give serious consideration whether or not to refer this person's conduct for further more serious investigation. Should a person with such violent tendencies, who until earlier this year plaintiff believed to be no more than a violent career felon living off Alicia Miller's generosity, should have access to weapons at all given his displayed penchant for violence and sheer lack of self control and mental instability. Perhaps he has been too far away to act out his violent fantasies towards plaintiff but there are no doubt countless softer unwitting civilian targets in his immediate vicinity that are in jeopardy the next time this person loses control.

In the instant case, Eric Miller has consistently and repetitively threatened plaintiff's health, safety, and life, sometimes in explicit lethal detail. Police refuse to act unless he appears in person, by which time it will be too late to avoid a lethal encounter if this defendant follows thru on any of his numerous violent threats against plaintiff. If the courts were to dismiss a valid complaint and refuse to provide lawful civil redress, their sole purpose, by what means is any citizen to guarantee their safety and survival in the face of such acts as Eric Miller has threatened against plaintiff?

Eric Miller has the capacity to access military weapons and has repeatedly threatened by phone, text, & thru associates to shoot, kill, hunt, and otherwise assault & harm plaintiff. He has the means, and presumably some military training with which to do so. Plaintiff has not responded in kind and defendants cannot produce a single shred of evidence to the contrary, while plaintiff can evidence constant harassments and death threats, a majority issued by Eric Miller himself.[6] The attached proofs conclusively prove **XXII (C), (I), (J), & (K)** of the FAC in conjunction with that same's own sworn testimony (verification) and other filings now before the court from several parties in his efforts to please and support his miscreant wife Alicia

---

[6] E.g. attached evidence of Eric Miller's determined harassments of plaintiff, wherein he implicitly lies about being a past client with plaintiff, violating the platform's terms of service, committing libel, and evidencing all the counts alleged against Eric Miller in the complaint, defeating any factual claim to the contrary he may have raised in his yet unviewed motion to dismiss and proving

MOTION: A. MILLER: RESPONSE TO MOTION TO DISMISS BY A MILLER - 5

Miller's bid for greater fame and recognition (a photographer's bread and butter). If the courts will impede lawful redress or refuse to grant it, is it not reasonable for an injured party to seek justice by other means - especially when that person's life has repeatedly been explicitly threatened as Eric Miller has repeatedly threatened plaintiff?[7] Is this the eventuality the courts wish to encourage?

Because Eric Miller has declared his absolute refusal[8] to abide by the most basic of court Rule & Procedure (service of documents upon the opposition & basic communication between litigants), plaintiff should be given leave to amend or refile this response once he has seen the motion to dismiss. Further, Eric Miller cannot be permitted to continue to flout the court and its rules as a pro se litigant. If he wishes to contest any further proceeding, such as the amount of damages to be awarded against him, he must obtain counsel who will abide by the rules of the court, its procedures, standard litigation practice (which necessitates some communication of key documents and matters, contrary his presumption) or simply accept all adverse findings against him as an appropriate sanction for telling the court off regarding its most basic and fundamental rules of process and service. If he refuses to obtain counsel who will abide by law and court rule & process, he must accept all adverse rulings *in absentia* in consequence of telling this court he will not comply, serve documents by means available, and communicate on required topics and in required manner to resolve this case.

---

[7] It is of interest to note that Eric Miller not only threatened to assault, maim, and kill plaintiff, sight unseen, with no knowledge whatsoever of plaintiff or his background, but that he did so at the mere say so of his female companion, who plaintiff has come to learn lied extensively to several parties, undoubtedly including Eric Miller, about why she was participating in this 'me too' effort to lift herself from obscurity. No doubt she thought to have some of Kelli Marie Connor's fame adhere to her person or activities and this tempted her to lie but does not excuse the brainless and belligerent threats & harassment Eric Miller performed in support of her falsehoods.

[8] Document 53.

It is for these reasons and good and lawful cause shown that plaintiff hereby moves this court to:

1) ORDER Eric Miller to email a copy of his Motion to Dismiss to plaintiff, and order additional time for plaintiff to respond to the court against the specific allegations of that motion to dismiss after plaintiff has seen that motion;
2) DENY the frivolous & baseless Motion to Dismiss by Eric Miller;
3) ORDER JUDGMENT or default judgment against Eric Miller;
4) ORDER STRIKING ANY COUNTERCLAIM filed by Eric Miller & never served on plaintiff;
5) ORDER STRIKING ANY ANSWER filed by Eric Miller & never served on plaintiff;
6) ORDER defendant Eric Miller to appear in all further proceedings by and thru counsel who will abide by this court's established rule and process(es);
7) ORDER additional proceedings against Eric Miller for the sole purpose of determining the damages to be entered against this defendant.
8) Issue protective order(s) in favor of plaintiff in light of Eric Miller's penchant for violence and declared threats against plaintiff's life & safety.
9) Any other order this court deems in the interests & necessity of justice.

RESPECTFULLY REQUESTED THIS 20th DAY OF December, 2024.

*AEllis D'Artisan*

/s./ AELLIS D'ARTISAN
*pro se*

obtenebrix@protonmail.com *
Transient, no physical address capable of actual delivery at this time **(all service to be electronic)**

MOTION: A. MILLER: RESPONSE TO MOTION TO DISMISS BY A MILLER - 7

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY delivery of the foregoing to the following parties this 20th day of December, 2024:

PACER participant users will be served by the court's CM/ECF system;

ORIGINAL to the clerk & COPY to:

A Miller & E Miller
1982 Sumter Tri
Columbu, IN 47203

T Garrett
120 N Pacific St #J-2
San Marcos, CA 92069

J Leuer
7502 Sterling Dr
Fredericksburg, VA 22407

/s. *AEllis D'Artisan*

# EXHIBIT 1



motion: A. Miller: Response to motion to dismiss by a miller - 9





MOTION: A. MILLER: RESPONSE TO MOTION TO DISMISS BY A MILLER - 10

# EXHIBIT 2

12/20/24, 12:04 PM                                    Sent | obtenebrix@protonmail.com | Proton Mail

## Case Docket Access Issue

From  obtenebrix <obtenebrix@protonmail.com>
To    pacer@psc.uscourts.gov
Date  Friday, December 20th, 2024 at 12:03 PM

I am a nonattorney litigant with court ordered PACER access. this email is the registered email to the account, the login ID is: obtenebrix

I am repeatedly receiving a "your PACER account is disabled" error every time I try to access any new efiled document. The other party refuses to email me a copy. This is a BIG PROBLEM.

I cannot search or view documents, but previously could view a document by clicking on the link emailed to me to bring that document up, then download a copy. Last night I could no longer download copies and today I can no longer even view the documents at all.

THIS IS URGENT AS I CANNOT FILE A RESPONSE TO A DOCUMENT I HAVE NOT YET VIEWED!!!

Case # I am trying to view & retrieve documents from is 24-CV-00017 out of the Southern California District Court.

Please correct and advise. Thank you.

Your Artist,

~AEllis D'Artisan