

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aellis D'Artisan | Civil Action No.  24-cv-00017-JO-DEB |
| Plaintiff, | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On March 13, 2025, plaintiff was granted leave to amend the complaint. The plaintiff did not file an amended complaint by the deadline; therefore, the case is dismissed with prejudice and is hereby closed.

| | |
|---|---|
| **Date:**       3/28/25 | **CLERK OF COURT** |
| | **JOHN MORRILL, Clerk of Court** |
| | By:  s/  R. Contreras |
| | R. Contreras, Deputy |

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 24-cv-00017-JO-DEB

Defendants:

Kelli Marie Connor, doing business as Kelli Marie Photography doing business as Boudoir by Kelli; Jill Leuer; Alicia Miller;  Eric Miller; Jeffrey Bennion, also known as Jeff Bennion also known as Jeffrey Mark Bennion also known as Jeff B Photography; Sara Pastrano; Garrett Stratton; John Does, 1-100; Jane Does, 1-100; Theresa Stratton Garrett; Corey Ann Balazowich

Counter Claimant:

Alicia Miller

Counter Defendant:

Aellis D' Artisan